# EXHIBIT A



US007720929B2

(12) **United States Patent**
Morohashi

(10) Patent No.: **US 7,720,929 B2**
(45) **Date of Patent:** **May 18, 2010**

(54) **COMMUNICATION SYSTEM AND ITS METHOD AND COMMUNICATION APPARATUS AND ITS METHOD**

(75) Inventor: **Akihiro Morohashi**, Tokyo (JP)

(73) Assignee: **Sony Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1044 days.

(21) Appl. No.: **10/864,132**

(22) Filed: **Jun. 9, 2004**

(65) **Prior Publication Data**

US 2004/0223245 A1    Nov. 11, 2004

**Related U.S. Application Data**

(62) Division of application No. 09/665,786, filed on Sep. 20, 2000, now Pat. No. 7,130,251.

(30) **Foreign Application Priority Data**

Sep. 21, 1999    (JP)    ............................... P11-267135

(51) **Int. Cl.**
*G06F 15/176*    (2006.01)

(52) **U.S. Cl.** ...................... **709/213**; 709/203; 709/219; 709/231; 715/727; 715/732

(58) **Field of Classification Search** ................. 709/217, 709/231, 203, 213, 219; 707/104.1; 715/727, 715/732

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,559,945 | A | 9/1996 | Beaudet et al. |
| 5,583,993 | A | 12/1996 | Foster et al. |
| 5,616,876 | A | 4/1997 | Cluts |
| 5,640,566 | A | 6/1997 | Victor et al. |
| 5,663,516 | A | 9/1997 | Kawashima |
| 5,666,530 | A | 9/1997 | Clark et al. ................. 395/617 |
| 5,710,922 | A | 1/1998 | Alley et al. |
| 5,721,949 | A | 2/1998 | Smith et al. |
| 5,727,202 | A | 3/1998 | Kucala ........................ 395/610 |
| 5,732,216 | A | 3/1998 | Logan et al. |
| 5,739,451 | A | 4/1998 | Winksy et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2 464 102 | 5/2003 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 11/434,181, filed May 16, 2006, Morohashi.

(Continued)

*Primary Examiner*—Thu Ha T Nguyen
(74) *Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.

(57) **ABSTRACT**

This invention relates to a communication system including a first apparatus having a first storage medium, and a second apparatus for transmitting data to the first apparatus, the second apparatus comprising: a second storage medium for storing management information of data to be transferred to the first storage medium; communication means for communicating data with the first apparatus; edit means capable of editing the management information; and control means for making a control to transfer data stored in the second storage medium to the first storage medium by way of the communication means on the basis of the management information edited by the edit means.

**80 Claims, 11 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,771,330 A | 6/1998 | Takano et al. | .................. 386/52 |
| 5,824,934 A | 10/1998 | Tsurumi et al. | |
| 5,835,721 A | 11/1998 | Donahue et al. | |
| 5,835,732 A | 11/1998 | Kikinis et al. | |
| 5,864,868 A | 1/1999 | Contois | |
| 5,884,323 A | 3/1999 | Hawkins et al. | ............. 707/201 |
| 5,918,303 A | 6/1999 | Yamaura et al. | |
| 5,923,757 A | 7/1999 | Hocker et al. | |
| 6,006,274 A | 12/1999 | Hawkins et al. | |
| 6,041,023 A | 3/2000 | Lakhansingh | |
| 6,097,557 A | 8/2000 | Inoue et al. | ................... 360/13 |
| 6,125,369 A | 9/2000 | Wu et al. | |
| 6,154,214 A | 11/2000 | Uyehara et al. | |
| 6,172,948 B1 | 1/2001 | Keller et al. | |
| 6,205,448 B1 | 3/2001 | Kruglikov et al. | ........... 707/200 |
| 6,208,044 B1 | 3/2001 | Viswanadham et al. | |
| 6,216,131 B1 | 4/2001 | Liu et al. | |
| 6,248,946 B1 | 6/2001 | Dwek | |
| 6,272,545 B1 | 8/2001 | Flanagin et al. | |
| 6,295,541 B1 | 9/2001 | Bodnar et al. | |
| 6,331,867 B1 | 12/2001 | Eberhard et al. | |
| 6,336,028 B1 | 1/2002 | Okamoto et al. | ........... 434/319 |
| 6,341,316 B1 | 1/2002 | Kloba et al. | |
| 6,345,256 B1 | 2/2002 | Milsted et al. | |
| 6,351,736 B1 | 2/2002 | Weisberg et al. | |
| 6,393,430 B1 * | 5/2002 | Van Ryzin | ............... 707/104.1 |
| 6,434,103 B1 | 8/2002 | Shitara et al. | ................. 369/83 |
| 6,446,080 B1 * | 9/2002 | Van Ryzin et al. | ....... 707/104.1 |
| 6,449,607 B1 | 9/2002 | Tomita et al. | ................... 707/3 |
| 6,493,758 B1 | 12/2002 | McClain | |
| 6,505,160 B1 | 1/2003 | Levy et al. | |
| 6,523,124 B1 | 2/2003 | Lunsford et al. | |
| 6,587,403 B1 | 7/2003 | Keller et al. | |
| 6,587,404 B1 | 7/2003 | Keller et al. | |
| 6,594,740 B1 | 7/2003 | Fukuda | |
| 6,603,506 B2 | 8/2003 | Ogawa et al. | |
| 6,621,768 B1 | 9/2003 | Keller et al. | |
| 6,636,773 B1 | 10/2003 | Tagawa et al. | |
| 6,636,873 B1 | 10/2003 | Carini et al. | |
| 6,640,306 B1 * | 10/2003 | Tone et al. | ..................... 726/4 |
| 6,658,496 B1 | 12/2003 | Minakata et al. | |
| 6,665,803 B2 | 12/2003 | Lunsford et al. | |
| 6,718,348 B1 | 4/2004 | Novak et al. | |
| 6,731,312 B2 | 5/2004 | Robbin | |
| 6,784,925 B1 | 8/2004 | Tomat et al. | |
| 6,785,542 B1 | 8/2004 | Blight et al. | |
| 6,794,566 B2 | 9/2004 | Pachet | |
| 6,801,964 B1 | 10/2004 | Mahdavi | |
| 6,845,398 B1 * | 1/2005 | Galensky et al. | ............. 709/231 |
| 6,871,009 B1 | 3/2005 | Suzuki | |
| 2001/0021053 A1 | 9/2001 | Colbourne et al. | |
| 2001/0041021 A1 | 11/2001 | Boyle et al. | |
| 2001/0052123 A1 | 12/2001 | Kawai | |
| 2001/0056434 A1 | 12/2001 | Kaplan et al. | |
| 2002/0002413 A1 | 1/2002 | Tokue | |
| 2002/0013784 A1 | 1/2002 | Swanson | |
| 2002/0046315 A1 | 4/2002 | Miller et al. | |
| 2002/0055934 A1 | 5/2002 | Lipscomb et al. | |
| 2002/0116082 A1 | 8/2002 | Gudorf | |
| 2002/0138606 A1 | 9/2002 | Robison | |
| 2002/0161865 A1 | 10/2002 | Nguyen | |
| 2002/0174269 A1 | 11/2002 | Spurgat et al. | |
| 2003/0037254 A1 | 2/2003 | Fischer et al. | |
| 2003/0046434 A1 | 3/2003 | Flanagin et al. | |
| 2003/0074457 A1 | 4/2003 | Kluth | |
| 2003/0079038 A1 | 4/2003 | Robbin et al. | |
| 2003/0167318 A1 | 9/2003 | Robbin et al. | |
| 2003/0206723 A1 | 11/2003 | Ando et al. | |
| 2004/0001395 A1 | 1/2004 | Keller et al. | |
| 2004/0001396 A1 | 1/2004 | Keller et al. | |
| 2004/0055446 A1 | 3/2004 | Robbin et al. | |
| 2004/0076086 A1 | 4/2004 | Keller et al. | |
| 2004/0225762 A1 | 11/2004 | Poo | |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0438299 | 7/1991 | .................... 27/34 |
| EP | 0 467 208 | 9/1995 | |
| EP | 0803873 | 10/1997 | .................... 27/34 |
| EP | 0 820 179 | 1/1998 | |
| EP | 0 884 871 A1 | 12/1998 | |
| EP | 0 898 278 A2 | 2/1999 | |
| EP | 0 899 929 | 3/1999 | |
| EP | 0909089 | 4/1999 | ..................... 5/91 |
| EP | 0 917 077 | 5/1999 | |
| EP | 0 933 901 A1 | 8/1999 | |
| EP | 0 935 248 A2 | 8/1999 | |
| EP | 0 982 732 | 3/2000 | |
| EP | 1 028 425 | 8/2000 | |
| EP | 1 037 180 | 9/2000 | |
| EP | 1 098 211 | 5/2001 | |
| EP | 1 098 212 | 5/2001 | |
| EP | 1 152 397 | 11/2001 | |
| EP | 1 154 403 | 11/2001 | |
| EP | 1091542 A1 * | 11/2001 | |
| GB | 2 103 865 | 2/1983 | |
| GB | 2 325 766 A | 12/1998 | |
| GB | 2 387 001 | 10/2003 | |
| JP | 58-17576 | 2/1983 | |
| JP | 04-271396 | 9/1992 | |
| JP | 06-150501 | 5/1994 | |
| JP | 6-187730 | 7/1994 | |
| JP | 07-262757 | 10/1995 | |
| JP | 8-180645 | 7/1996 | |
| JP | 09-065279 | 3/1997 | |
| JP | 09-116860 | 5/1997 | |
| JP | 09-149358 | 6/1997 | |
| JP | 2735731 | 1/1998 | |
| JP | 10-162553 | 6/1998 | |
| JP | 10-164478 | 6/1998 | |
| JP | 10-164507 | 6/1998 | |
| JP | 10-208385 | 8/1998 | |
| JP | 10-276157 | 10/1998 | |
| JP | 10-276160 | 10/1998 | |
| JP | 11-66706 | 3/1999 | |
| JP | 11-110912 | 4/1999 | |
| JP | 11-126084 | 5/1999 | |
| JP | 11-232775 | 8/1999 | |
| JP | 11-232840 | 8/1999 | |
| JP | 11-238303 | 8/1999 | |
| JP | 11-242686 | 9/1999 | |
| JP | 11-242873 | 9/1999 | |
| JP | 11-306057 | 11/1999 | |
| JP | 2001-076464 | 3/2001 | |
| JP | 2001-143443 | 5/2001 | |
| JP | 2006-202475 | 8/2006 | |
| JP | 2006-221793 | 8/2006 | |
| JP | 2007-299519 | 11/2007 | |
| WO | WO 95/16950 | 6/1995 | |
| WO | WO 99/13416 | 3/1999 | |
| WO | WO99/42996 | 8/1999 | |
| WO | WO 99/44202 A | 9/1999 | |
| WO | WO 99/54870 | 10/1999 | |
| WO | WO 00/25154 | 5/2000 | |
| WO | WO 01/33569 | 5/2001 | |
| WO | WO 01/37257 | 5/2001 | |
| WO | WO 01/67753 | 9/2001 | |
| WO | WO 02/25610 | 3/2002 | |
| WO | WO 03/023786 | 3/2003 | |
| WO | WO 03/036541 | 5/2003 | |

## OTHER PUBLICATIONS

"Personal Jukebox (PJP)," Systems Research Center and PAAD, Compaq Computer Corp., Oct. 13, 2000.

Steinberg, "Sonicblue Rio Car," Product Review, Dec. 12, 2001 http://electronics.cnet.com/electronics/0-6342420-1304-4098389. html.

Compaq, "The Personal Jukebox," Jan. 24, 2001 http://research. compaq.com/SRC/pjb/.

iTunes, Playlist Related Help Screens, iTunes v. 1.0, Apple Computer, Inc., Jan. 2001.

Specification Sheet, iTunes 2, Apple Computer, Inc., Oct. 31, 2001.

iTunes 2, Playlist Related Help Screens, iTunes v. 2.0, Apple Computer, Inc., Oct. 23, 2001.

SoundJamp MP Plus, Representative Screens, published by Casady and Greene, Inc., Salinas, CA 2000.

"SoundJam MP Plus Manual, ver. 2.0"—MP3 Player and Encoder for Macintosh by Jeffrey Robbin, Bill Kincaid and Dave Heller.

"SDMI Secure Digital Music Initiative," *SDMI Portable Device Specification*, Part 1, Ver. 1.0, Jul. 8, 1999, pp. 1-35, XP000997330.

"Kogata Memory Card de Ongaku Chosakuken wo Mamoru," Nikkei Electronics, vol. 739, Mar. 22, 1999, pp. 49-53.

"Ongaku Haishin Matta Nashi," Nikkei Electronics, vol. 738, Mar. 8, 1999, pp. 87-111.

Miniman, Jared, "Applian Software's Replay Radio and Player v.1. 02," pocketnow.com, Product Review (Jul. 31, 2001). Jan. 24, 2006 <http://www.pocketnow.com/index.php?a=portal_detail &t=reviews&id=139>.

Firewire (also known as Sony's iLink or IEEE 1394), Wikipedia (1995). Jan. 24, 2006 <http://en.wikipedia.org/wiki/Firewire>.

De Herrera, Chris, "Microsoft ActiveSync 3.1," Ver. 1.02 (Oct. 13, 2000). Jan. 24, 2006 <http://www.pocketpcfaq.com/wce/ activesync3.1.htm>.

Birrell, Andrew, "Personal Jukebox (PJP)," Compaq Systems Research Center and PAAD (Oct. 13, 2000). Jan. 24, 2006 <http:// birrell.org/andrew/talks/pjb-overview.ppt>.

Butler, Travis, "Portable MP3: The Nomad Jukebox," Tidbits.com (Jan. 8, 2001). Jan. 24, 2006 <http://db.tidbits.com/getbits. acgi?tbart=06261>.

Butler, Travis, "Archos Jukebox 6000 Challenges Nomad Jukebox," Tidbits.com (Aug. 13, 2001). Jan. 24, 2006 <http://db.tidbits.com/ getbits.acgi??tbart=06521>.

Engst, Adam C., "SoundJam Keeps on Jammin'," Tidbits.com (Jun. 19, 2000). Jan. 24, 2006 <http://db.tidbits.com/getbits. acgi?tbart=05988>.

Musicmatch, "Musicmatch and Xing Technology Introduce Musicmatch Jukebox," May 18, 1998. Jan. 24, 2006 <http://www. musicmatch.com/info/company/press/releases/?year=1998&release=2>.

"Nomad Jukebox, User Guide (On-line Version)," Creative Technology, Ltd., Ver. 1.0, Feb. 2001. Jan. 24, 2006 <http://ccftp.creative. com/manualdn/Manuals/TSD/2424/Jukebox.pdf>.

"Apple's iPod Available in Stores Tomorrow," Press Release, Apple Computer, Inc. (Nov. 9, 2001). Jan. 25, 2006 <http://www.apple. com/pr/library/2001/nov/09ipod.html>.

"Apple Introduces iTunes—World's Best and Easiest to Use Jukebox Software," Press Release, Apple Computer, Inc. (Jan. 9, 2001). Jan. 25, 2006 <http://www.apple.com/pr/library/2001/jan/09itunes. html>.

"Apple Announces iTunes 2," Press Release, Apple Computer, Inc. (Oct. 23, 2001). Jan. 25, 2006 <http://www.apple.com/pr/library/ 2001/oct/23itunes.html>.

Chakarova, Mimi, et al., "Digital Still Cameras—Downloading Images to a Computer," Multimedia Reporting and Convergence. Jan. 25, 2006 <http://journalism.berkeley.edu/multimedia/tutorials/ stillcams/downloading.html>.

* cited by examiner

# FIG.1



# FIG. 2





F I G. 3

9
CD(ROM)
DRIVE

11

BUFFER
MEMORY

COMPRESSION
ENCODER

12
HIGH
SPEED

BUFFER
MEMORY

10
HDD

F I G. 4

10
HDD

11
BUFFER
MEMORY
(DRAM)

21
COMPRESSION
DECODER

22
D / A

23
AMPLIFIER

24
(SPEAKER)

F I G . 5



F I G . 6



FIG. 7



# F I G . 8 A

```
        ( START )
            │
            ▼
┌──────────────────────┐
│ START A COMMUNI-     │  ～S20
│ CATION WITH THE      │
│ SERVER               │
└──────────────────────┘
            │
            ▼
       ╱╲ S21
      ╱    ╲
   ╱ WAS THE ╲   NO
  ╱ COMMUNICATION ╲───
  ╲  CONFIRMED   ╱
   ╲     ?    ╱
      ╲    ╱
       ╲ ╱
        │ YES
        ▼
┌──────────────────────┐
│ OUTPUT TOC INFOR-    │
│ MATION AND HIGH-     │  ～S22
│ SPEED RECORDING      │
│ INFORMATION          │
└──────────────────────┘
            │
            ▼
       ╱╲ S23
      ╱    ╲
   ╱  WAS THE  ╲   NO
  ╱ INFORMATION  ╲───
  ╲   ACCEPTED  ╱
   ╲     ?    ╱
      ╲    ╱
        │ YES
        ▼
┌──────────────────────┐
│ DISPLAY RECEIVED     │  ～S24
│ INFORMATION          │
└──────────────────────┘
            │
            ▼
┌──────────────────────┐
│ RECORD THE INFOR-    │  ～S25
│ MATION INTO THE HDD  │
└──────────────────────┘
            │
            ▼
        ( END )
```

# F I G . 8 B

```
        ( START )
            │
            ▼
       ╱╲ S30
      ╱    ╲
   ╱   DID    ╲
  ╱ INFORMATION ╲   NO
 ╱  FROM THE    ╲───
 ╲ MUSIC SERVER ╱
  ╲  ARRIVE   ╱
   ╲    ?   ╱
        │ YES
        ▼
┌──────────────────────┐
│ SEARCH THE DATA      │
│ BASE FOR DATA        │  ～S31
│ INDICATED BY THE     │
│ TOC INFORMATION      │
└──────────────────────┘
            │
            ▼
┌──────────────────────┐
│ PERFORM CHARGING     │  ～S32
└──────────────────────┘
            │
            ▼
┌──────────────────────┐
│ TRANSMIT             │  ～S33
│ INFORMATION          │
└──────────────────────┘
            │
            ▼
       ╱╲ S34
      ╱    ╲
   ╱  WAS THE  ╲
  ╱ INFORMATION ╲   NO
 ╱  ACCEPTED    ╲───
 ╲ BY THE MUSIC ╱
  ╲  SERVER   ╱
   ╲    ?   ╱
        │ YES
        ▼
     ( END )
```

FIG. 9

START
IS THE PORTABLE RECORDING AND PLAYBACK APPARATUS CONNECTED ?
S40
NO
YES
WAS THERE A REQUEST TO MOVE MUSICAL DATA ?
S41
NO
YES
MEASURE THE SIZE OF THE SPECIFIED MUSICAL DATA
S42
DOES THE PORTABLE RECORDING AND PLAYBACK APPARATUS HAVE A FREE AREA LARGE ENOUGH FOR STORING THE MUSICAL DATA ?
S43
NO
DELETE MUSICAL-DATA FILES FROM THE PORTABLE RECORDING AND PLAYBACK APPARATUS
S44
YES
TRANSFER THE MUSICAL DATA TO THE PORTABLE RECORDING AND PLAYBACK APPARATUS
S45
ADD A PLAYBACK INHIBIT FLAG TO THE MUSICAL DATA IN THE MUSIC SERVER
S46
WAS ANOTHER REQUEST TO MOVE MUSICAL DATA MADE ?
S47
YES
NO
END



F I G . 10



AUDIO SERVER
PROGRAM LIST

PORTABLE
RECORDING
AND PLAYBACK
APPARATUS
PROGRAM LIST

Music List

Music C

Music List

Music A
Music B
Music C

F I G . 11





F I G . 12B

MEMORY

300

PORTABLE RECORDING AND PLAYBACK APPARATUS PROGRAM DATA

F I G . 12A

PROGRAM FILE

(ID)

PROGRAM DATA

300

PORTABLE RECORDING AND PLAYBACK APPARATUS PROGRAM DATA

301

PORTABLE RECORDING AND PLAYBACK APPARATUS PROGRAM DATA

302

F I G . 13



START

START EDITING A TRANSFER LIST —S50

SEARCH THE PROGRAM FILE FOR A PROGRAM LIST OF THE PORTABLE RECORDING AND PLAYBACK APPARATUS WITH AN ID OF 300 —S51

IS THERE A PROGRAM LIST FOR ID=300 ? —S52

NO

CREATE A NEW PROGRAM LIST FOR ID=300 —S53

YES

OPEN THE PROGRAM LIST —S54

EDIT THE PROGRAM LIST —S55

ISSUE A COMMAND TO TRANSFER MUSICAL DATA —S56

DISPLAY A WARNING —S58

HAS THE PORTABLE RECORDING AND PLAYBACK APPARATUS BEEN MOUNTED ? —S57

NO

YES

CHECK THE ID (IS THE ID 300 ?) —S59

NG

OK

START A TRANSFER OF THE MUSICAL DATA —S60

END

# COMMUNICATION SYSTEM AND ITS METHOD AND COMMUNICATION APPARATUS AND ITS METHOD

This is a division of prior application Ser. No. 09/665,786 filed Sep. 20, 2000, now U.S. Pat. No. 7,130,251.

## BACKGROUND OF THE INVENTION

The present invention relates to an information communication system and its method as well as an information communication apparatus and its method, which are used for transmitting a plurality of pieces of data from equipment for storing data to other equipment.

As a conventional apparatus, there has been developed the so-called CD changer for accommodating a number of CDs (Compact Discs) and automatically playing back the CDs. In such a CD changer, several tens to several hundreds of CDs are accommodated in a single case, and a CD selected by a predetermined operation is automatically played back. The operation to play back CDs may be carried out for each selected CD. As an alternative, a plurality of CDs are selected and the operation to play back the CDs can be carried out for each of the CDs or carried out randomly for pieces of music recorded in the CDs. In general, the CD changer is installed permanently in a room.

As a portable audio-data playback apparatus, on the other hand, an apparatus using an optical disc or a magneto-optical disc with a diameter of about 64 mm has been becoming popular in recent years. The portable audio-data playback apparatus converts an analog audio signal into a digital signal, compresses the digital signal by adoption of a compression technology known as ATRAC (Adaptive Transform Acoustic Coding: Trademark) and stores the compressed signal into a magneto-optical disc. The portable audio-data playback apparatus offers a merit of no deterioration of the sound quality caused by the operations to convert the analog audio signal into the digital signal, compress the digital signal and store the compressed signal. There is also another merit of a random playback operation due to the fact that a disc is used as a recording medium.

In the CD changer described above, however, it takes time to replace a CD with another even during an automatic playback operation. It is thus difficult to implement a continuous playback operation. In addition, a CD changer for accommodating 100 to 200 CDs has a large and heavy cabinet, which is very inconvenient when the CD changer is carried or installed.

Also, in the portable audio-data playback apparatus described above, once audio data has been recorded onto a magneto-optical disc, the playback operation is limited to the range of the disc. That is to say, a random or general playback operation can not be carried out over a plurality of magneto-optical discs. It is thus necessary to replace a magneto-optical disc with another severally in order to carry out a random playback operation from a plurality of magneto-optical discs or an operation to play back specified pieces of music. As a result, the user must always take a plurality of magneto-optical discs or optical discs with the portable audio-data playback apparatus.

In order to solve these problems, for example, there has been proposed a music server equipped with a recording medium such as a hard-disc drive having a relatively small size but a large recording capacity to serve as a CD changer described above. In a music server, audio data is read out from a CD, compressed and coded by adopting a predetermined technique and then recorded and stored in a hard-disc drive.

By using a hard-disc drive with a recording capacity of about 6 Gbyte, musical data of about 1,000 pieces of music can be recorded. In addition, unlike the CD changer, time and labor to replace a CD with another are not required in a music server. As a result, the music server offers a merit of an easy continuous playback operation. Other merits include the fact that data of numerous pieces of music can be recorded into a unit of hard-disc drive and the fact that the cabinet can be made small in size.

It has been further proposed the use of a hard-disc drive or a semiconductor memory as a recording or storage medium in the portable audio-data playback apparatus described above. The music server described above may be connected to the portable audio-data playback apparatus so that audio data stored in the music server can be transferred to the portable audio-data playback apparatus to be recorded or stored into the recording medium of the apparatus. Assume that the recording or storage capacity of the recording medium is 200 MB. In this case, it is no longer necessary for the user to carry a plurality of magneto-optical discs or optical discs. Of course, it is also unnecessary to replace a magneto-optical disc or an optical disc with another.

By the way, a music server is capable of storing a large amount of musical data as described above. Thus, if musical data is transferred from the music server to the portable audio-data playback apparatus by selecting pieces of music thereof to be transferred piece by piece, there will be raised a problem of cumbersome work to repeat the same operation several times.

In order to solve this problem, there has been conceived a data transfer method whereby a list of selected pieces of music from the musical data stored in the music server is created and the selected musical data on the list is transferred in a batch operation. With this method, however, there is raised another problem that it is quite within the bounds of possibility that a confusion occurs due to an unclear purpose as to whether a list created by the user is used to organize numerous pieces of musical data stored in the music server or used to transfer pieces of musical data in a batch operation.

## SUMMARY OF THE INVENTION

It is thus an object of the present invention to provide an information communication system and its method as well as an information communication apparatus and its method that are capable of transferring musical data from an audio server to a portable audio-data playback apparatus with ease.

In order to solve the problems described above, according to the first aspect of the present invention, there is provided a communication system including a first apparatus having a first storage medium, and a second apparatus for transmitting data to the first apparatus, the second apparatus comprising: a second storage medium for storing management information of data to be transferred to the first storage medium; communication means for communicating data with the first apparatus; edit means capable of editing the management information; and control means for making a control to transfer data stored in the second storage medium to the first storage medium by way of the communication means on the basis of the management information edited by the edit means.

In addition, according to the second aspect of the present invention, there is provided a communication apparatus for transmitting data to another apparatus having a first storage medium, comprising: a second storage medium for storing management information of data stored in the first storage medium; communication means for communicating data with the another apparatus; edit means capable of editing the

management information; and control means for making a control to transfer data stored in the second storage medium to the first storage medium by way of the communication means on the basis of the management information edited by the edit means.

Furthermore, according to the third aspect of the present invention, there is provided a communication method for communicating a first apparatus having a first storage medium to a second apparatus for transmitting data to the first apparatus, the method comprising the steps of: editing management information of data to be transferred to the first apparatus, on the second storage medium of the second apparatus, irrespective of the fact whether or not communication is established between the first apparatus and the second apparatus; and transmitting, when communication is established between the first apparatus and the second apparatus, data stored in the second storage medium to the first storage medium on the basis of the edited management information.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram showing a music server provided by the present invention and a system employing the music server in a simple and plain manner;

FIG. **2** is a block diagram showing a typical configuration of the music sever;

FIG. **3** is a diagram showing a flow of a signal through a series of processes from an operation to read out musical data from a CD-ROM drive to an operation to record the data into a hard-disc drive in a simple and plain manner;

FIG. **4** is a diagram showing a flow of a signal through a series of processes from an operation to read out compressed musical data from the hard-disc drive to an operation to output data completing playback processing to a terminal in a simple and plain manner;

FIG. **5** is a block diagram showing a typical configuration of a portable recording and playback apparatus;

FIG. **6** is a block diagram showing another typical configuration of a portable recording and playback apparatus;

FIG. **7** shows a flowchart representing typical processing carried out by a music server to record musical data read out from a CD into a hard-disc drive;

FIG. **8A** shows a flowchart representing typical processes of music server for processing to record musical data read out from a CD into a hard-disc drive at a high speed;

FIG. **8B** shows a flowchart representing typical processes of Internet server for processing to record musical data read out from a CD into a hard-disc drive at a high speed;

FIG. **9** shows a flowchart representing typical processing to move musical data in accordance with the present invention;

FIG. **10** is a diagram showing a typical edit screen for editing a transfer list in a simple and plain manner;

FIG. **11** is a diagram showing a typical external view of the music server in a simple and plain manner;

FIG. **12A** is a diagram conceptually showing a typical management method for controlling a list of programs on the program file;

FIG. **12B** is a diagram conceptually showing a typical management method for controlling a list of programs on the memory; and

FIG. **13** shows a flowchart representing typical processing to edit a transfer list and to transfer musical data cataloged on the edited transfer list.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Next, preferred embodiments of the present invention are explained by referring to diagrams. FIG. **1** is a diagram showing a music server provided by the present invention and a system employing the music server in a simple and plain manner. As shown in the figure, the music server **50** comprises a server main body **51** and speaker units **52L** and **52R**. The server main body **51** is provided with a display unit **53** implemented typically by an LCD (Liquid Crystal Display) panel and a CD insertion unit **54** for inserting a CD **55** into the server main body **51**.

The server main body **51** has an operation unit comprising a plurality of operation switches to be operated by the user for executing functions of the server main body **51**. It should be noted that the operation unit itself is not shown in FIG. **1**. The server main body **51** may also be provided with a signal reception unit for receiving typically an infrared signal from a remote commander, which is operated to remotely execute the functions of the server main body **51**. As will be described later, the server main body **51** also includes a controller for controlling a variety of operations by execution of a predetermined program, which is stored in advance typically in a ROM.

The user mounts a CD **55** on the server main body **51** through the CD insertion unit **54** and operates a predetermined switch on the operation unit not shown in the figure to play back musical data from the CD **55**. A playback signal reproduced from the CD **55** is output to the speaker units **52L** and **52R** to allow the user to enjoy the musical data stored in the CD **55**. If the CD **55** includes text data such as the name of a piece of music, the text data can be displayed on the display unit **53** as names of pieces of music or the like.

The music server **50** includes an internal large-capacity recording medium such as a hard disc. By operating a predetermined switch on the operation unit not shown in the figure, it is possible to record playback data reproduced from the CD **55** mounted on the server main body **51** through the CD insertion unit **54** into the recording medium such as a hard disc. At that time, it is possible to select a standard-speed recording technique or a high-speed recording technique. With the standard-speed recording technique, the playback data is recorded from the CD **55** into the recording medium at a transfer speed equal to a standard playback speed of the CD **55**. With the high-speed recording technique, on the other hand, the playback data is recorded from the CD **55** into the recording medium at a transfer speed higher than the standard playback speed of the CD **55**. With the high-speed recording technique, playback data reproduced from a selected CD **55** or playback data of a selected piece of music reproduced from the CD **55** is recorded from the CD **55** into the recording medium at a transfer speed higher than the standard playback speed of the CD **55** at a fee determined by a charging process according to a predetermined procedure.

In the music server **50**, musical data played back from the CD **55** is subjected to a compression-encoding process according to a predetermined technique such as the ATRAC method described earlier to produce compressed musical data, which is then recorded into the recording medium such as a hard disc. In the case of a hard disc with a storage capacity of 6 Gbyte, for example, about 1,000 pieces of music can be stored or recorded. A list of names of recorded or stored

pieces of music is displayed typically on the display unit **53**. The user is then capable of playing back any arbitrary piece of music selected from the list displayed on the display unit **53** to show the names of pieces of music recorded or stored in the hard disc. As hard disc can be accessed at random, large amount of musical data stored and recorded can be read out in arbitrary order and continuously played back by the music server **50**.

There are a variety of usable compression-encoding techniques. This embodiment adopts a technique referred to as an ATRAC2 (Adaptive Transform Acoustic Coding 2) method disclosed in documents such as U.S. Pat. No. 5,717,821. This method is a compression-encoding technique resulting from extension of the ATRAC method adopted in the portable audio-data playback apparatus described above. This technique of compressing and encoding data makes use of frequency dependence of a minimum audible limit as well as a masking effect based on the sense of hearing, and utilizes a conversion-coding process in conjunction with an entropy-coding process. With this ATRAC2 method, encoding and decoding processes can be carried out at a high speed while a high sound quality is being maintained by using hardware with a relatively small size. It should be noted that, however, compression-encoding techniques other than ATRAC2, may be adopted such as ATRAC3, MPEG2ACC (Advanced Audio Code), MP3 (MPEG1 Audio Layer 3), TwinVQ (Transform-Domain weighted Interleave Vector Quantization) or MSAudio (WMA: Windows Media Audio).

The music server **50** can be connected to an external system by typically a public telephone line serving as a communication line **61** shown in FIG. **1**. An example of the external system is an Internet server **60**, which is a server connected to the Internet. By connecting the music server **50** to the Internet server **60** using the communication line **61**, various kinds of information can be acquired from the Internet. The Internet server **60** has a data base for storing data such as information on titles of musical CDs available in the market. A unique key for making an access to the data base is assigned to the user. In order to make an access to the data base, the user utilizes the unique key. In this way, the user is capable of acquiring data related to a musical CD such as information on the title of the CD.

The Internet server **60** also carries out charging process to compute a fee for a service rendered to the user of the music server **50**. When musical data played back from the CD **55** is recorded into recording medium at a high transfer speed as described above, the music server **50** informs the Internet server **60** that such a recording operation is carried out at a high transfer speed. The Internet server **60** then carries out processing to compute a recording fee to be charged to the user, allowing a CD to be selected or a piece of music to be selected from a CD and musical data to be recorded from the selected CD or the selected piece of music to be recorded from the CD at a high transfer speed.

As described above, the processing to compute a recording fee is carried out by the Internet server **60**, which has a lot of information related to CDs. It should be noted, however, that the scope of the present invention is not limited to this scheme. For example, the processing to compute a recording fee can also be carried out by another server, which is also connected to the Internet. As another alternative, the processing to compute a recording fee can also be carried out through a special-purpose network other than the Internet.

A portable recording and playback apparatus **70** has a recording medium, which is implemented by a hard disc or a flash memory such as a semiconductor memory, a magnetic memory and an optical memory. The portable recording and

playback apparatus **70** may also be provided with another kind of storage medium or another kind of recording medium provided that the medium is capable of keeping up with a speed to play back music. By connecting the portable recording and playback apparatus **70** to the music server **50** using a connection line **71**, musical data recorded in the music server **50** can be transmitted to the portable recording and playback apparatus **70** to be recorded in a storage medium employed in the portable recording and playback apparatus **70**. In this case, while the musical data transmitted to the portable recording and playback apparatus **70** remains in the storage medium such as a hard disc or a flash memory in the music server **50**, the musical data is put in a state of being irreproducible. The storage medium employed in the portable recording and playback apparatus **70** has a typical capacity of about 200 Mbyte, which allows data of tens of pieces of music to be stored or recorded. It should be noted that a storage device or a recording medium implemented by a semiconductor memory such as a flash memory and a recording medium implemented by a disc-shaped recording medium such as a hard disc are referred to as a storage medium, which is a generic name for these storage and recording media.

In accordance with the aforementioned transmission method adopted by the present invention, transmitted musical data is recorded into a storage medium employed in a destination of transmission and remains in a storage medium of a source of transmission but is put in an state of being irreproducible. This transmission operation is referred to as a move. By moving musical data in this way, a copy operation of musical data can be prevented from being carried out without limitation.

In the embodiment described above, the music server **50** is connected to the portable recording and playback apparatus **70** by the connection line **71**. It should be noted, however, that this configuration is typical. As an alternative, the music server **50** is provided with a mounting unit matching another mounting unit employed in the portable recording and playback apparatus **70**. In accordance with this alternative, the portable recording and playback apparatus **70** can be mounted on the music server **50** so that data can be exchanged between the music server **50** and the portable recording and playback apparatus **70**. In addition to the electrical connections, the music server **50** can be provided with an interface unit matching another interface unit employed in the portable recording and playback apparatus **70**. The interface units conform to typically an IrDA (Infrared Data Association) standard, which allows data to be exchanged between the interface units as an infrared ray signal. As a result, musical data can be exchanged between the music server **50** and the portable recording and playback apparatus **70** as an infrared ray signal.

The music server **50** may further be provided with a predetermined interface for exchanging information with a variety of media. Assume that the music server **50** is provided with an interface for a PC card **80**. In this case, musical data distributed by means of the PC card **80** can be transferred to the music server **50**, or data can be exchanged between a personal computer and the music server **50**. The music server **50** may be provided with a serial digital interface implemented by an optical cable, which allows musical data to be exchanged with another digital musical-data recording and playback apparatus such as a disc recorder **81** for handling typically a small-size magneto-optical disc having a diameter of 64 mm. In this embodiment, a disc cartridge **82** for accommodating the small-size magneto-optical disc is mounted on the disc recorder **81**. Musical data played back from the magneto-optical disc accommodated in the disc cartridge **82**

7
8

is supplied to the music server **50**. By the same token, the music server **50** may be provided with an interface such as an IEEE1394 interface for connection to a setup box **83** for CATV (cable television) or satellite broadcasting.

A PC card conforms to standardization of card-type peripherals for personal computers. The standardization is set jointly by the PCMCIA (Personal Memory Card International Association) of the U.S. and the JEIDA (Japanese Electronic Industry Development Association) of Japan. The IEEE1394 standard is an interface standard adopted by the Institute of Electrical and Electronic Engineers of the U.S.

The music server **50** may be provided with a WWW (World Wide Web) browser as an embedded application. By connecting the music server **50** provided with a WWW to the Internet server **60** using the communication line **61**, the Internet can be searched for a variety of contents described typically in an HTML (Hypertext Markup Language) and any of the contents can then be displayed on the display unit **53**.

With the configuration described above, the user is capable of playing back musical data stored or recorded in the music server **50** or musical data from the CD **55** mounted on the music server **50** via the CD insertion unit **54** and listening to the reproduced musical data through the speaker units **52L** and **52R**.

By a communication between the music server **50** and the Internet server **60**, the music server **50** can automatically acquire information such as the title of a CD **55** mounted on the music server **50** via the CD insertion unit **54** from the Internet server **60** through the communication line **61**. Information such a CD title acquired from the Internet server **60** is saved in the music server **50** and the saved information is displayed on the display unit **53** employed in the music server **50** when necessary.

To put it concretely, the music server **50** first transmits information unique to the user such as user ID data of the music server **50** to the Internet server **60**. The information unique to the user is referred to hereafter as user information. The Internet server **60** carries out authentication and charging based on the user information received from the music server **50**. The Internet server **60** also receives media information of a CD desired by the user or a CD being played back from the music server **50**. The Internet server **60** then searches a data base for additional information associated with musical data indicated by the media information. The additional information includes the title of a song, the name of a performer, a song composer, a libretto writer, a libretto and a jacket image. Then, the Internet server **60** transmits predetermined information on the CD requested by the user.

An example of the media information transmitted to the Internet server **60** is of a TOC (Table of Contents) of the CD **55**. The Internet server **60** includes the data base, which can be searched for additional information associated with musical data indicated by the TOC. As an alternative, the Internet can also be searched for a WWW server to get additional information by the Internet server **60**. The Internet server **60** searches the data base for additional information associated with musical data indicated by the TOC received from the music server **50** and used as the media information. For example, the Internet server **60** searches the data base for a playback time duration of each piece of music, which is included in the TOC and recorded on the CD **55**.

The Internet server **60** then transmits the additional information obtained as a result of the search operation to the music server **50**. The music server **50** displays the additional information received from the Internet server **60** on the display unit **53**. The additional information is also stored by a CPU **8** to be described later into typically the hard-disc drive

along with the TOC information of the CD **55**. It should be noted that the additional information can also be transmitted by the Internet server **60** as data embedded in an HTML file and displayed by WWW browser software embedded in the music server **50**.

If the additional information includes another described URL (Uniform Resource Locator) on the Internet, the music server **50** is capable of making an access to a home page on the Internet indicated by the other URL.

In addition, by having data communicated between the Internet server **60** and the music server **50**, musical data recorded on the CD **55** mounted on the music server **50** through the CD insertion unit **54** can be recorded into the recording medium employed in the music server **50** at a speed higher than a standard playback speed prescribed for the CD **55** so that typically musical data of a piece of CD **55** can be recorded in about 2 minutes by the music server **50**. If no communication is established between the Internet server **60** and the music server **50**, on the other hand, the musical data is recorded into the recording medium employed in the music server **50** at a one-time speed, that is, a speed equal to the standard playback speed prescribed for the CD **55** by the music server **50**.

By connecting the music server **50** to the portable recording and playback apparatus **70** using a connection line **71**, musical data stored or recorded in the music server **50** can be transmitted or, strictly speaking, moved to the portable recording and playback apparatus **71**. The moved data can then be played back by the portable recording and playback apparatus **70** even if the music server **50** is disconnected from the portable recording and playback apparatus **71** via the connection line **71**. Typically, the user is capable of listening to the musical data played back by the portable recording and playback apparatus **70** by using a headphone **72**. As described earlier, the musical data transmitted or, strictly speaking, moved to the portable recording and playback apparatus **70** can no longer be played back in the music server **50**.

FIG. 2 is a block diagram showing a typical configuration of the music server **50**. In the first place, the music server **50** comprises a RAM **5**, a ROM **6**, a flash memory **7** and a CPU **8**, which are connected to each other by a local bus as is the case with an ordinary personal computer. The CPU **8** is also connected to a bus **40**. The CPU **8** functions as a controller controlling all operations of the music server **50**.

The ROM **6** is used for storing in advance a program for controlling the operation of the music server **50**. The program is executed by the CPU **8** to perform processing corresponding to an operation carried out on an input operation unit **1** to be described later. A task area and a data area, which are required in the execution of the program, are secured temporarily in the RAM **5** and the flash memory **7**. The ROM **6** is also used for storing a program loader for loading the program from the ROM **6** into the flash memory **7**.

The input operation unit **1** comprises typically a plurality of push-type and rotary-type key operation keys and switches each actuated by an operation of any of these key operation keys. As an alternative, the input operation unit **1** may also be implemented by a rotary-push-type key known as a jog dial or a touch panel on the LCD. Of course, the input operation unit **1** may adopt a switch mechanism, which reacts to a press operation. A signal representing an operation carried out on the input operation unit **1** is supplied to the CPU **8** by way of the bus **40**. The CPU **8** generates a control signal for controlling the operation of the music server **50** on the basis of the signal received from the input operation unit **1**. The music server **50** operates in accordance with the control signal generated by the CPU **8**.

An infrared ray interface (IrDa I/F) driver **3** and/or a USB (Universal Serial Bus) drive **4** are connected to the bus **40**. A keyboard **2** is constructed to be capable of communicating with the IrDa I/F driver **3** and the USB driver **4** or can be connected to the IrDa I/F driver **3** and the USB driver **4**. By using the keyboard **2**, the user can enter information such as the title of recorded musical data and the name of an artist with ease. It is also possible to adopt a configuration wherein data is transferred by way of the IrDa I/F driver **3** or the USB driver **4**. It should be noted that the IrDa I/F driver **3** and the USB driver **4** could be eliminated.

A CD-ROM drive **9** is connected to the bus **40**. A CD **55** inserted into the CD insertion unit **54** as described earlier is mounted on the CD-ROM drive **9**. The CD-ROM drive **9** reads out musical data from the set CD **55** at a prescribed standard playback speed. The CD-ROM drive **9** is also capable of reading musical data from the CD **55** at a speed higher than the prescribed standard playback speed such as a speed 16 times or 32 times the prescribed standard playback speed.

It should be noted that the CD-ROM drive **9** is not limited to the example described above. For example, the CD-ROM drive **9** can be adapted to another disc-shaped recording medium for recording musical data. Examples of the other disc-shaped recording medium are a magneto-optical disc **25** and a DVD (Digital Versatile Disc). A drive for a memory card can also be employed. In addition, data read out by the CD-ROM drive **9** is not limited to musical data. It is also possible for the CD-ROM drive **9** to read out information such as picture data, text data and program data.

A hard-disc drive **10**, which is abbreviated hereafter to an HDD, is also connected to the bus **40**. Musical data read out by the CD-ROM drive **9** is recorded into the HDD **10**. Before being recorded into the HDD **10**, the musical data is subjected to pre-processing. To put it in detail, the musical data read out by the CD-ROM drive **9** is supplied to a compression encoder **12** by way of the bus **40** and an audio DRAM **11**.

The compression encoder **12** carries out processing to compress and encode musical data typically by adoption of the compression method disclosed in U.S. Pat. No. 5,717,821 described earlier. It should be noted that musical data could be compressed by the compression encoder **12** at either one of 2 speeds, namely, a low speed and a high speed, either of which is selected in accordance with control executed by the CPU **8**. The low compression speed corresponds to the standard playback speed prescribed for the CD **55** in the CD-ROM drive **9**. Typically, the compression speed is switched from the low speed to the high one and vice versa in accordance with the playback speed of the CD **55** in the CD-ROM drive **9**. The compression encoder **12** implements an encoding algorithm according to the compression speed.

It should be noted that the technique adopted by the compression encoder **12** to change the compression speed is not limited to the method described above. For example, the compression speed can also be changed by switching the clock frequency of the compression encoder **12**. As an alternative, the 2 compression speeds are implemented by 2 different pieces of hardware. As another alternative, musical data is compressed by the compression encoder **12** at the low processing speed by thinning the high-speed compression.

The musical data completing the compression-encoding process in the compression encoder **12** is supplied to the HDD **10** by way of the DRAM **11** to be stored or recorded in the HDD **10**.

As described above, the musical data completing the compression-encoding process in the compression encoder **12** is supplied to the HDD **10** to be stored or recorded therein. It

should be noted, however, that musical data read out by the CD-ROM drive **9** can also be supplied directly to the HDD **10** to be stored or recorded onto a hard disc of the HDD **10**.

In this embodiment, an audio signal supplied by a microphone connected to a terminal **13** by way of an amplifier **14** or an audio signal input from a line input terminal **15** is supplied to the compression encoder **12** by way of an A/D converter **16**. The audio signal compressed and encoded by the compression encoder **12** can be recorded in the HDD **10**. In addition, an optical digital signal from an optical digital input terminal **17** is also supplied to the compression encoder **12** by way of an IEC-958 (International Electrotechnical Commission 958) encoder **18**. The optical digital signal, which is also an audio signal, is compressed and encoded by the compression encoder **12**. The compressed and encoded audio signal can be recorded onto the hard disc of the HDD **10**.

In the embodiment described above, the compression encoder **12** adopts an encoding algorithm like the one disclosed in U.S. Pat. No. 5,717,821. It should be noted, however, that the scope of the present invention is not limited to this embodiment. That is to say, the compression encoder **12** may adopt another algorithm as long as the algorithm is an encoding algorithm for compressing information. The compression encoder **12** may adopt, other than the algorithm mentioned above, PASC (Precision Adaptive Sub-band Coding), RealAudio (a trademark) or LiquidAudio (a trademark) algorithm.

A modem **20** is also connected to the bus **40**. The modem **20** is connected to an external network **19** such as a public telephone line, a CATV, a satellite communication network or wireless communication. The music server **50** is capable of establishing communication through the external network **19** by way of the modem **20**.

Connected typically to the Internet by the external network **19**, the music server **50** is capable of communicating with the Internet server **60** at a remote location. The music server **50** transmits various kinds of information to the Internet server **60**. The information includes a request signal, media information, user ID data, user information and charging information for the user. The media information is data related to the CD **55** mounted on the CD-ROM drive **9**. The user ID data and the user information are assigned in advance to the music server **50**.

As described above, various kinds of data including the media information and the user information are transmitted to the Internet server **60**. On the basis of the user information such as the user ID data received from the music server **50**, the Internet server **60** carries out authentication of the user and a charging process for the user. The Internet server **60** also searches a data base for additional information for musical data indicated by the media information received from the music server **50**. The additional information is then transmitted to the music server **50**.

As described above, additional information associated with musical data is transmitted to the music server **50**. It should be noted, however, that musical data itself could also be supplied directly to the music server **50** from the external network **19**. In other words, the user is capable of downloading musical data from the Internet server **60** to the music server **50**. That is to say, musical data is transmitted to the music server **50** in response to media information. For example, a bonus track of a predetermined CD **55** can be distributed to users.

In a playback operation, musical data compressed and encoded by the compression encoder **12** and then recorded and stored in the HDD **10** is read out from the HDD **10** and supplied to a compression decoder **21** by way of the bus **40**.

The compression decoder **21** decodes and decompresses the compressed musical data read out from the HDD **10**. The decoded and decompressed musical data is then supplied to a D/A converter **22** before being supplied to a terminal **24** by way of an amplifier **23**. The data is then supplied to the speaker units **52**L and **52**R from the terminal **24** as music obtained as a result of the playback operation. It should be noted that, in the case of a stereo system which is not shown in FIG. **2**, there are 2 routes from the D/A converter **22** to the terminal **24** by way of the amplifier **23**. Of course, 2 terminals **24** are provided in the stereo system.

The compression decoder **21** adopts a decoding algorithm serving as a counterpart of the encoding algorithm adopted in the compression encoder **12**. The compression decoder **12** and the compression decoder **21** can also be implemented by software executed by the CPU **8** instead of hardware.

A liquid crystal display panel **26**, which is abbreviated to an LCD panel serving as the display unit **53**, is connected to the bus **40** by an LCD driving circuit **25**. The CPU **8** supplies a rendering control signal to the LCD driving circuit **25** by way of the bus **40**. The LCD driving circuit **25** drives the LCD panel **26** in accordance with the rendering control signal received from the CPU **8** to make a predetermined display appear on the display unit **53**.

For example, an operation menu of the music server **50** is displayed on the LCD panel **26**. As another example, a list of titles of compressed musical data recorded and stored in the HDD **10** may also be displayed on the LCD panel **26**. The list of titles displayed on the LCD panel **26** is based on data stored in the HDD **10**. This stored data is based on data obtained as a result of decoding additional information received from the Internet server **60**. In addition, a folder and a jacket image associated with selected playback compressed musical data may also be displayed on the LCD panel **26**. The displayed folder and the jacket image are based on additional information received from the Internet server **60**.

The user operates the keyboard **2** or a pointing device of the input operation unit **1** on the basis of a screen displayed on the LCD panel **26**. The CPU **8** controls processing to play back musical data requested by an operation carried out by the user on the keyboard **2** or the pointing device of the input operation unit **1**. Control of an operation to delete selected musical data and an operation to copy or move selected musical data to an external apparatus can also be based on a screen displayed on the LCD panel **26**. For example, the input operation unit **1** may be implemented by a touch panel provided on the LCD panel **26**. In this case, by touching the touch panel in accordance with a screen displayed on the LCD panel **26**, the user is capable of operating the music server **50**. In this way, the user is capable of administering and controlling musical data stored or recorded in the HDD **10** by using the LCD panel **26** as an interface.

In the first embodiment, a PC-card slot **31** and an IEEE1394 interface **28** are each used as an interface between the music server **50** and an external general information apparatus. The IEEE1394 interface **28** is connected to the bus **40** by an IEEE1394 driver **29**. On the other hand, the PC-card slot **31** is connected to the bus **40** by a PC-card driver **30**.

The IEEE1394 interface **28** allows data to be exchanged between the music server **50** and typically a personal computer. In addition, the IEEE1394 interface **28** allows musical data to be input from a source such as a satellite-broadcasting IRD (Integrated Receiver/Decoder), a small-size optical disc and a small-size magneto-optical disc with a diameter of about 64 mm, a DVD (Digital Versatile Disc: a trademark) or a digital video tape. A PC card mounted on the PC-card slot **31** serves as one of a variety of peripheral extensions such as an

external memory device, another media drive, a modem, a terminal adaptor and a capture board.

An interface **34** allows musical data to be exchanged between the music server **50** and another compatible recording and playback apparatus. The other recording and playback apparatus can be the portable recording and playback apparatus **70** shown in FIG. **1** or another music server **50**.

The interface **34** is connected to the bus **40** by an interface driver **33**. The other compatible recording and playback apparatus includes an interface **35** as the counterpart of the interface **34**. By electrically connecting the interface **34** to the interface **35** by using a predetermined connection line **71**, for example, the music server **50** is capable of transmitting musical data stored in the HDD **10** to the other recording and playback apparatus.

FIG. **3** is a diagram showing a flow of a signal through a series of processes from an operation to read out musical data from the CD-ROM drive **9** to an operation to record the data into the HDD **10** in a simple and plain manner. The musical data read out from the CD-ROM drive **9** is once stored into the DRAM **11**, which is used as a buffer memory. The musical data is then read out back from the DRAM **11** with a predetermined timing and supplied to the compression encoder **12** by way of the bus **40**. As described above, the compression encoder **12** compresses the musical data at a predetermined compression speed corresponding to the playback speed of the CD-ROM drive **9**. The musical data compressed and encoded by the compression encoder **12** is again stored temporarily into the DRAM **11**, which is used as a buffer memory. The musical data is then read out back from the DRAM **11** with a predetermined timing and supplied by way of the bus **40** to the HDD **10** to be stored into the hard disc of the HDD **10**. At that time, information on the CD **55** undergoing a playback operation in the CD-ROM drive **9** is transmitted to the Internet server **60**. In response to the information, the Internet server **60** transmits additional information for the CD **55**, which is also recorded into the hard disc of the HDD **10**. The CPU **8** and other components control additional information and the compressed musical data obtained as a result of compression of the musical data read out from the CD **55** as described above.

FIG. **4** is a diagram showing a flow of a signal through a series of processes from an operation to read out compressed musical data from the HDD **10** to an operation to output data completing playback processing to a terminal **24** in a simple and plain manner. The compressed musical data read out from the HDD **10** is once stored into the DRAM **11**, which is used as a buffer memory. The compressed musical data is then read out back from the DRAM **11** with a predetermined timing and supplied to the compression decoder **21** by way of the bus **40**. As described above, the compression decoder **21** decodes and decompresses the compressed musical data to reproduce the musical data, supplying the musical data to a D/A converter **22**. The D/A converter **22** converts the musical data into an analog audio signal, which is amplified by an amplifier **23** and output to the terminal **24** as a playback output. If a speaker is connected to the terminal **24**, the user is capable of enjoying music played back by the speaker. At that time, additional information read out along with the compressed musical data from the HDD **10** is decoded by the CPU **8** and other components to be displayed on the display unit **53** as a musical name and the like.

FIG. **5** is a block diagram showing a typical configuration of the portable recording and playback apparatus **70**. As shown in the figure, the portable recording and playback apparatus **70** generally has a configuration similar to that of the music server **50** shown in FIG. **2**. Normally, the portable

recording and playback apparatus **70** is carried by the user and used as standalone equipment by disconnecting the interface **35** of the portable recording and playback apparatus **70** from the interface **34** employed in the music server **50**.

In the first place, the portable recording and playback apparatus **70** comprises a RAM **103**, a ROM **104**, and a CPU **105**, which are connected to each other by a local bus as is the case with an ordinary personal computer of course, a flash memory can also be provided like the configuration of the music server **50** described above. The CPU **105** is also connected to a bus **130**. The CPU **105** functions as a controller controlling all operations of the portable recording and playback apparatus **70**.

The ROM **104** is used for storing in advance a program for controlling the operation of the music apparatus **70**. The program is executed to perform processing corresponding to an operation carried out on an input operation unit **102** to be described later. A task area and a data area, which are required in the execution of the program, are secured temporarily in the RAM **103**.

The input operation unit **102** comprises typically a plurality of push-type and rotary-type key operation keys and switches each actuated by an operation of any of these key operation keys. As an alternative, the input operation unit **102** may also be implemented by a rotary-push-type key known as a jog dial or a touch panel on the LCD. Of course, the input operation unit **102** may adopt a mechanical switch mechanism, which reacts to a press operation. A signal representing an operation carried out on the input operation unit **102** is supplied to the CPU **105** by way of the bus **130**. The CPU **105** generates a control signal for controlling the operation of the portable recording and playback apparatus **70** on the basis of the signal received from the input operation unit **102**. The signal is generated by the input operation unit **102** to represent an operation carried out on an operation key of the input **35** operation unit **102**. The operation of the portable recording and playback apparatus **70** is switched and controlled in accordance with the control signal generated by the CPU **105**.

Musical data read out from the HDD **10** of the music server **50** to be transferred to the portable recording and playback apparatus **70** in response to a request is transmitted or supplied to the portable recording and playback apparatus **70** by way of the interface **35**, the connection line connecting the interface **35** to the interface **34** and the interface **34**. At the same time, additional information associated with the musical data requested to be transferred is transmitted to the portable recording and playback apparatus **70** along with the musical data. If the music server **50** is provided with a mounting unit matching another mounting unit employed in the portable recording and playback apparatus **70**, the interface **35** can be directly connected to the interface **34** so that data can be exchanged between the music server **50** and the portable recording and playback apparatus **70**. As an alternative, the music server **50** may be provided with an interface unit matching another interface unit employed in the portable recording and playback apparatus **70**. If the interface units conform to typically an IrDA (Infrared Data Association) system, which allows data to be exchanged between the interface units as an infrared ray signal, musical data can be exchanged between the music server **50** and the portable recording and playback apparatus **70** as an infrared ray signal.

The musical data supplied by the music server **50** to the portable recording and playback apparatus **70** is transferred from an interface driver **101** by way of the bus **130** to an HDD **106**, which serves as a musical-data recording medium in the portable recording and playback apparatus **70** to be recorded into a hard disc in the HDD **106**.

It should be noted that the musical-data recording medium in the portable recording and playback apparatus **70** is not limited to the HDD **106**. For example, a flash memory can also be used. As a matter of fact, for example, another recording medium such as a magneto-optical disc can be employed as the musical-data recording medium in the portable recording and playback apparatus **70** provided that the recording medium is capable of keeping up with the speed to play back the musical data. If a recoding medium with a storage capacity of, say, 200 Mbyte is employed as the musical-data recording medium in the portable recording and playback apparatus **70**, the recording medium will be capable of recording tens of pieces of music. The hard disc of the HDD **106** employed in the portable recording and playback apparatus **70** is used for storing musical data and additional information associated with the musical data, which are received from the music server **50**.

In this example, musical data received from the music server **50** and recorded into the HDD **106** is compressed musical data already completing a compression/encoding process in the music server **50**. It should be noted, however, that the portable recording and playback apparatus **70** is not limited to this embodiment. That is to say, musical data not completing a compression/encoding process can also be recorded into the hard disc of the HDD **106**. For example, musical data read out from the CD **55** mounted on the CD-ROM drive **9** employed in the music server **50** can be supplied to the portable recording and playback apparatus **70** by way of an interface driver **101**. It is worth noting, however, that when musical data is supplied to the portable recording and playback apparatus **70** directly, the number of pieces of musical data that can be recorded is limited considerably.

As pre-processing prior to an operation to record musical data into the hard disc of the HDD **106**, the musical data supplied thereto is temporarily stored into an audio DRAM **107** connected to the bus **130**. The musical data is then read back from the DRAM **107** and supplied to a compression encoder **108** through the bus **130**. The compression encoder **108** carries out a compression-encoding process on the musical data by adoption of an encoding algorithm equivalent to the encoding algorithm adopted by the compression encoder **12** employed in the music server **50**. The compressed musical data completing the compression-encoding process in the compression encoder **108** is again supplied to the DRAM **107** to be stored temporarily therein once more. Finally, the compressed musical data is read out from the DRAM **107** and recorded into the hard disc of the HDD **106**.

As described above, a request can be made to move compressed musical data stored in the HDD **10** employed in the music server **50** to the portable recording and playback apparatus **70**. After the compressed musical data is transmitted or transferred to the portable recording and playback apparatus **70** at such a request, the compressed musical data in the HDD **10** remains as data that can not be read out and played back from the HDD **10**. However, the compressed musical data moved to the portable recording and playback apparatus **70** can be returned back to the recording medium serving as a move source, that is, the HDD **10** employed in the music server **50**. The compressed musical data returned back to the move source can be played back by the music server **50**. When the compressed musical data is returned back to the music server **50**, the compressed musical data is deleted from the hard disc of the HDD **106** employed in the portable recording and playback apparatus **70**, which serves as a move destination. That is to say, the compressed musical data returned back to the music server **50** is erased from a recording medium of the move destination.

In this embodiment, an audio signal supplied by a microphone connected to a terminal 109 by way of an amplifier 110 or an audio signal input from a line input terminal 111 is supplied to the compression encoder 108 by way of an A/D converter 112. The audio signal output by the A/D converter 112, and compressed and encoded by the compression encoder 108 can be recorded in the HDD 106. In addition, an optical digital signal from an optical digital input terminal 113 is also supplied to the compression encoder 108 by way of an IEC-958 (International Electrotechnical Commission 958) encoder 114. The optical digital signal, which is also an audio signal, is compressed and encoded by the compression encoder 108. The compressed and encoded audio signal can be recorded onto the hard disc of the HDD 106. If the portable recording and playback apparatus 70 is a portable playback-only apparatus only for playing back musical data, recording components such as the A/D converter 112 and the compression encoder 108 can all be eliminated.

In a playback operation, the compressed musical is read out from the HDD 106 and supplied to a compression decoder 115 by way of the bus 130. The compression decoder 115 decodes and decompresses the compressed musical data read out from the HDD 106. The decoded and decompressed musical data is then supplied to a D/A converter 116 before being supplied to a terminal 118 by way of an amplifier 117. By mounting a headphone 72 on the terminal 118, the user is capable of enjoying the reproduced music. It should be noted that, in the case of a stereo system which is not shown in FIG. 5, there are provided 2 routes from the D/A converter 116 to the terminal 118 by way of the amplifier 117 for L and R channels respectively. Of course, 2 terminals 118 are provided in the stereo system for the L and R channels respectively.

An LCD panel 120 is connected to the bus 130 by an LCD driving circuit 119. The CPU 105 supplies a rendering control signal to the LCD driving circuit 119 by way of the bus 130. The LCD driving circuit 119 drives the LCD panel 120 in accordance with the rendering control signal received from the CPU 105 to make a predetermined display appear on the LCD panel 120. For example, an operation menu of the portable recording and playback apparatus 70 is displayed on the LCD panel 120. As another example, a list of titles of compressed musical data recorded and stored in the HDD 106 may also be displayed on the LCD panel 120. In addition, a folder and a jacket image associated with selected playback compressed musical data may also be displayed on the LCD panel 120. The displayed folder and the jacket image are based on additional information stored in the HDD 106.

The user operates a pointing device of the input operation unit 102 on the screen of a screen displayed on the LCD panel 120. Control of an operation to select a piece of compressed musical data among those stored in the HDD 106 and an operation to delete selected musical data, or copy or move selected musical data to another apparatus can also be based on a screen displayed on the LCD panel 120. For example, the input operation unit 102 may include a touch panel. In this case, by touching the touch panel in accordance with a screen displayed on the LCD panel 120, the user is capable of entering an operation input to the portable recording and playback apparatus 70. In this way, the user is capable of administering compressed musical data stored in the HDD 106 as well as controlling processing such as operations to play back compressed musical data stored in the HDD 106 and recording compressed musical data into the HDD 106 by using the LCD panel 120 as an interface.

It should be noted that the portable recording and playback apparatus 70 is driven by a battery, which is not shown in FIG.

5. That is why the portable recording and playback apparatus 70 is provided with a power supply unit employing an ordinary secondary battery or a dry battery as a power supplying source, and is provided with an electrical charging unit. With the mounting unit of the portable recording and playback apparatus 70 connected directly to the mounting unit of the music server 50 or with the connection lines, the electrical charging unit electrically charges the secondary battery employed in the portable recording and playback apparatus 70 with electrical power received from the music server 50 during a transfer of musical data from the music server 50 to the portable recording and playback apparatus 70. It is needless to say that the secondary battery employed in the portable recording and playback apparatus 70 can also be electrically charged by an external electrical charging unit. It should be noted that, as the power supply to serve as a power supplying source of the portable recording and playback apparatus 70, only one of the dry cell and the rechargeable secondary battery can also be used or provided.

FIG. 6 is a diagram showing another typical configuration of the portable recording and playback apparatus 70. It should be noted that, in the configuration shown in FIG. 6, members identical with those employed in the configuration shown in FIG. 5 are denoted by the same reference numerals as the latter and detailed explanation of such members is not repeated. The portable recording and playback apparatus 70 shown in FIG. 6 is different from the configuration shown in FIG. 5 in that, in the case of the former, a switch circuit 200 is provided between the HDD (or the flash memory) 106 and the bus 130. One of select terminals 200a of the switch circuit 200 is connected to the bus 130 while another select terminal 200b is connected to the interface 35. The switch circuit 200 isolates the HDD 106a from the bus 130.

When compressed musical data is received from the music server 50, the switch circuit 200 is set at the select terminal 200b, that is, the select terminal 200b is selected. With the select terminal 200b selected, the HDD 106a is directly connected to the bus 40 employed in the music server 50 by the interface 35 and the interface 34. In this connection, the HDD 106a appears to the CPU 8 employed in the music server 50 as if the HDD 106a were a local recording medium in the music server 50. Thus, the CPU 8 employed in the music server 50 is capable of controlling the HDD 106a directly. As a result, compressed musical data can be moved and transferred between the music server 50 and the portable recording and playback apparatus 70 with ease under the control of the CPU 8.

Next, the operation of the information communication having the configuration described above is explained. First of all, functions executed by the music server 50 as a standalone apparatus are described. FIG. 7 shows a flowchart representing typical processing carried out by the music server 50 to record musical data read out from the CD 55 mounted on the CD-ROM drive 9 onto a hard disc of the HDD 10.

As shown in the figure, the flowchart begins with a step S10 at which the music server 50 enters a state of waiting for a request to be made to record musical data read out from the CD 55 mounted on the CD-ROM drive 9 onto a hard disc of the HDD 10. As the user makes such a request, by, for example, operating the input operation unit 1, the flow of the processing goes on to a step S11 to form a judgment as to whether the user made a request for high-speed recording or one-time-speed recording. Typically, when the user makes such a request at the step S10, the user also specifies a recording technique. To be more specific, the user also specifies whether the request is a request for high-speed recording or one-time-speed recording. The one-time-speed recording is

an operation to read out musical data from the CD **55** and to record the data into the hard disc of the HDD **10** at a standard speed prescribed for the CD **55**. On the other hand, the high-speed recording is an operation to read out musical data from the CD **55** and to record the data into the hard disc of the HDD **10** at a speed at least twice the standard speed prescribed for the CD **55**.

If the outcome of the judgment formed at the step S**11** indicates that the high-speed recording was specified, the flow of the processing goes on to a step S**12** at which a charging system of the Internet server **60** or the music server **50** is activated. The processing carried out by the charging system of the Internet server **60** or the music server **50** will be described in detail later. At any rate, a charging process for the music server **50** is carried out and, if the requested high-speed recording of musical data from the Internet server **60** or other sources is permitted, the flow of the processing goes on to a step S**13** at which a high-speed compression process is activated in the compression encoder **12**. The flow of the processing then goes on to a step S**15**.

If the outcome of the judgment formed at the step S**11** indicates that the one-time-speed recording was specified, on the other hand, the flow of the processing goes on to a step S**14** at which a low-speed compression process is activated in the compression encoder **12**. The flow of the processing then goes on to the step S**15**.

At the step S**15**, the CD-ROM drive **9** is driven at a predetermined speed and musical data is read out from the CD **55** mounted on the CD-ROM drive **9** in accordance with control executed by the CPU **8**. The musical data read out from the CD **55** is subjected to a compression-encoding process in the compression encoder **12** before being transferred to the HDD **10** to be recorded on a hard disc thereof.

If the transfer of the musical data read out from the CD **55** to HDD **10** is found completed at a step S**16**, the flow of the processing goes on to a step S**17** at which a transfer of data from the CD-ROM drive **9** to the HDD **10** is inhibited. At the next step S**18**, the compression processing at the compression encoder **12** is halted.

FIGS. **8**A and **8**B show a flowchart representing typical charging processes of the charging system carried out at the step S**12** of the flowchart shown in FIG. **7**. The charging process is carried out when data is communicated between the music server **50** and the Internet server **60**. FIG. **8**A shows a flowchart representing a partial charging process of the charging system for the music server **50** and FIG. **8**B shows a flowchart representing a partial charging process of the charging system for the Internet server **60**.

As shown in FIG. **8**A, the flowchart begins with a step S**20** when the charging process is started. At this step, communication is established by adopting a predetermined protocol between the music server **50** and the Internet server **60**. The flow of the process then goes on to a step S**21** to form a judgment as to whether a connection has been established between the music server **50** and the Internet server **60** and communications are possible between the music server **50** and the Internet server **60**. If a connection has been established to allow communications, the flow of the process goes on to a step S**22**.

At the step S**22**, the TOC information of the CD **55** mounted on the CD-ROM drive **9** of the music server **50** with the user ID corresponding to the music server **50** is output to the Internet server **60**. The CD **55** is a CD, from which data is to be transferred from the HDD **10** of the music server **50** and to be recorded onto the hard disc of the HDD **10**. The music server **50** also transmits high-speed-recording information

indicating that high-speed recording is to be carried out to the Internet server **60** along with the TOC information.

On the other hand, the flowchart shown in FIG. **8**B begins with a step S**30** at which the Internet server **60** enters a state of waiting for the user ID, the high-speed-recording information and the TOC information to arrive from the music server **50**. As the Internet server **60** receives the user ID, the high-speed-recording information and the TOC information, the flow of the process goes on to a step S**31** at which the Internet server **60** searches the data base thereof for information indicated by the TOC information. The information indicated by the TOC information may also be acquired from an external data base. The information indicated by the TOC information is used for identifying the CD **55**.

At the next step S**32**, a charging process is carried out. To put it in detail, a recording fee is computed from information such as the number of pieces of music to undergo the high-speed recording. The fee can then be drawn from a bank account specified by the user using the user's credit-card number corresponding to the user ID cataloged in advance. The fee charging method is not limited to such a technique. Another technique to charge a recording fee to the user, the charging process is performed on the music server **50** side, is conceivable. For example, the music server **50** may be provided with a function to read a prepaid card. In this case, the computed recording fee is transmitted to the music server **50**, which draws the fee from the prepaid card. The recording fee may also be changed in dependent on contents of the CD **55** under the control of the Internet server **60**, which can be identified from the TOC information. It is also possible to prohibit an operation to record musical data read out from the CD **55** onto the hard disc of the HDD **10**.

At the next step S**33**, the charging information is transmitted to the music server **50**. Then, the charging process continues to a step S**23** of the flowchart shown in FIG. **8**A at which the music server **50** checks the substance of the charging information received from the Internet server **60**. In the mean time, at a step S**34** of the flowchart shown in FIG. **8**B, the Internet server **60** verifies whether or not the charging information was received by the music server **50** as follows. Typically, after the music server **50** confirms that the charging information received from the Internet server **60** was correctly received with no errors, the music server **50** transmits data indicating the confirmation to the Internet server **60**.

If the music server **50** confirms reception of the charging information at the step S**3** of the flowchart shown in FIG. **8**A, the flow of the process goes on to a step S**24** at which the charging information and other data are displayed on the display unit **53**. At the next step S**25**, musical data is read out by the CD-ROM drive **9** from the CD **55** at a high speed and then subjected to a compression process in the compression encoder **12** also at a high compression speed. The compressed musical data output by the compression encoder **12** is then supplied to the HDD **10** to be stored onto the hard disc of the HDD **10**. The step S**25** corresponds to the step S**15** of the flowchart shown in FIG. **7**.

By the way, in this embodiment, a coordinated operation between the music server **50** and the portable recording and playback apparatus **70** is possible. When musical data is moved from the music server **50** to the portable recording and playback apparatus **70**, for example, a coordinated operation is carried out between two devices. FIG. **9** shows a flowchart representing this move operation.

As shown in the figure, the flowchart begins with a step S**40** to form a judgment with the CPU **8** as to whether or not the music server **50** and the portable recording and playback apparatus **70** are connected to each other by the interfaces **34**

and **35**. The connection between the music server **50** and the portable recording and playback apparatus **70** can be detected by, for example, CPU**8** exchanging a predetermined signal between the interfaces **34** and **35**. In addition to an exchange of a signal between the interfaces **34** and **35** by the CPU **8**, a switch mechanism is provided on the junction between the music server **50** and the portable recording and playback apparatus **70** to serve as a mechanical detection mechanism for CPU **8** detecting connection between the music server **50** and the portable recording and playback apparatus **70**.

If the connection between the music server **50** and the portable recording and playback apparatus **70** is verified at the step S**40**, the flow of the processing goes on to a step S**41** to form a judgment with the CPU **8** as to whether or not there is a request for an operation to move musical data stored or recorded in the HDD **10** to the portable recording and playback apparatus **70**. Typically, a list of pieces of information such as mainly titles of pieces of musical data stored in the HDD **10** is displayed on the display unit **53**. The user is allowed to make a request for an operation to move musical data stored or recorded in the HDD **10** to the portable recording and playback apparatus **70** by specifying the title of a specific piece of musical data among those on the list appearing on the display unit **53**. A title can be specified by the user by, for example, operating a pointing device on the input operation unit **1**. The request for an operation to move the specific musical data stored or recorded in the HDD **10** to the portable recording and playback apparatus **70** is then entered by the user via the input operation unit **1**.

There are conceivable techniques of entering a request for an operation to move compressed musical data stored or recorded in the HDD **10** to the portable recording and playback apparatus **70** via the input operation unit **1**. In accordance with one of the techniques, a button for making a request for an operation to move compressed musical data stored or recorded in the HDD **10** to the portable recording and playback apparatus **70** is displayed on the display unit **53**, and the user specifies this button by using the pointing device of the input operation unit **1**. In accordance with another technique, an icon is displayed on the display unit **53** for each piece of compressed musical data and the user moves the icon of a piece of compressed musical data to be transferred to an icon of the move destination, the portable recording and playback apparatus **70**, also displayed on the display unit **53** in the so-called drag and drop operation. In this case, the destination of the move operation is the portable recording and playback apparatus **70**. Of course, a request for an operation to move compressed musical data stored or recorded in the HDD **10** to the portable recording and playback apparatus **70** can also be made by operating an operation switch provided on the input operation unit **1**. CPU **8** makes the judgment by detecting the input operation mentioned above whether or not the request for movement is made.

If the outcome of the judgment formed at the step S**41** indicates that a request for an operation to move compressed musical data stored or recorded in the HDD **10** to the portable recording and playback apparatus **70** was made, the flow of the processing goes on to a step S**42** at which typically the CPU **8** employed in the music server **50** examines the file size of the compressed musical data to be moved, that is, the amount of data. At the next step S**43**, the CPU **105** employed in the portable recording and playback apparatus **70** which can communicate with the CPU **8** examines the size of a free area in the HDD **106** and, typically, the CPU **8** employed in the music server **50** compares the size of the free size with the file size of the compressed musical data to be moved examined at the step S**42**. The CPU **8** forms a judgment as to

whether or not the compressed musical data to be moved can be recorded into the free area in the HDD **106** at the step **43**. The formation of the judgment is based on the result of the comparison carried out at the step S**43**. If the outcome of the judgment indicates that the compressed musical data to be moved can be recorded into the free area in the HDD **106**, the flow of the processing goes on to a step S**45** at which the operation to move the compressed musical from the music server **50** to the portable recording and playback apparatus **70** is started.

If the outcome of the judgment formed with the CPU **8** at the step S**43** indicates that the size of the free area in the HDD **106** employed by the portable recording and playback apparatus **70** is not sufficient, on the other hand, the flow of the processing goes on to a step S**44**. At the step S**44**, the CPU **105** employed in the apparatus **70** deletes some compressed musical data already recorded in the HDD **106** automatically or in accordance with a procedure or a technique described later so that the compressed musical data to be moved can be recorded into the HDD **106**. The flow of the processing then goes on to the step S**45**.

At the step S**44**, compressed musical data is deleted from the HDD **106** automatically under control executed by the CPU **105** on the basis of a predetermined parameter of compressed musical data already recorded in the HDD **106**. For example, in the portable recording and playback apparatus **70**, the number of playback-operation executions is counted for each piece of compressed musical data recorded in the HDD **106**. Pieces of compressed musical data may then be deleted from the HDD **106** starting with one having a smallest number of playback-operation executions. Pieces of compressed musical data may also be deleted from the HDD **106** starting with that having a least recent recording date where a recording date is a date on which a piece of compressed musical data is recorded in the HDD **106**.

When pieces of compressed musical data are deleted from the HDD **106** automatically at the step S**44**, it is quite within the bounds of possibility that a piece of compressed musical data of importance to the user is erased from the HDD **106**. In order to prevent a piece of compressed musical data of importance to the user from being erased, a warning message is displayed on the display unit **53** employed in the music server **50** or the LCD panel **120** of the portable recording and playback apparatus **70**. The warning message may notify the user that an operation to delete a piece of compressed musical data automatically from the HDD **106** will be carried out or may be a list of pieces of compressed musical data to be deleted. In this case, a piece of compressed musical data will be deleted only if the deletion is approved by the user. As another alternative, the user itself selects a piece of compressed musical data from those on a list displayed on the display unit **53** employed in the music server **50** or the LCD panel **120** of the portable recording and playback apparatus **70**.

When the flow of the processing departs from the step S**43** or S**44**, a piece of compressed musical data to be moved from the HDD **10** employed in the music server **50** to the HDD **106** can be recorded into the HDD **106**. At the next step S**45**, the transmission or the transfer of the compressed musical data from the music server **50** to the portable recording and playback apparatus **70** is started. That is to say, the compressed musical data read out from the HDD **10** is supplied to the portable recording and playback apparatus **70** by way of the bus **40** and the interface **34**. In the portable recording and playback apparatus **70**, the compressed musical data received from the music server **50** through the interface **34** is recorded into the HDD **106** by way of the interface **35**.

The compressed musical data transferred to the portable recording and playback apparatus 70 remains also in the HDD 10 employed in the music server 50 as it was before the transfer. In this embodiment, however, an operation to play back compressed musical data remaining in the HDD 10 but already transferred or moved to the portable recording and playback apparatus 70 is prohibited at the step S46. Typically, a playback inhibit flag is set upon completion of the transfer of the compressed musical data to the portable recording and playback apparatus 70 to indicate that an operation to play back the compressed musical data from the HDD 10 is prohibited. That is to say, the playback inhibit flag prevents the CPU 8 employed in the music server 50 from playing back the compressed musical data remaining in the HDD 10 but already transferred or moved to the portable recording and playback apparatus 70. The playback inhibit flag also indicates that the compressed musical data recorded in the HDD 10 has virtually migrated from the music server 50 to the portable recording and playback apparatus 70. Thus, even if a plurality of same pieces of compressed musical data exist in both the music server 50 and the portable recording and playback apparatus 70, only one of them can be played back. As a result, an operation to illegally copy musical data is prohibited.

The flow of the processing then goes on to a step S47 to form a judgment as to whether or not a request to move a next piece of musical data to the portable recording and playback apparatus 70 is made. If a request to move a next piece of musical data to the portable recording and playback apparatus 70 is made, the flow of the processing goes back to the step S42. If no request to move a next piece of musical data to the portable recording and playback apparatus 70 is made, on the other hand, the processing to move a series of pieces of musical data is completed.

As described above, at the steps S42 to S46 of the flowchart shown in FIG. 9, only one of a plurality of pieces of compressed musical data stored in the HDD 10 is moved from the music server 50 to the portable recording and playback apparatus 70. It should be noted, however, that the way to move compressed musical data is not limited to what is described above. For example, a plurality of pieces of compressed musical data stored in the HDD 10 can also be moved from the music server 50 to the portable recording and playback apparatus 70 simultaneously at the same time in a batch operation.

In the embodiment described above, the compressed musical data physically left in the HDD 10 of the music server 50 serving as the move source but virtually moved to the portable recording and playback apparatus 70 is merely put in a playback inhibit status at the step S46. It should be noted, however, that the way to handle compressed musical data moved to the portable recording and playback apparatus 70 is not limited to what is described above. For example, the compressed musical data moved to the portable recording and playback apparatus 70 can be deleted from the HDD 10. That is to say, the compressed musical data itself can be physically erased from the HDD 10.

In the embodiment described above, compressed musical data is moved from the music server 50 to the portable recording and playback apparatus 70. It is worth noting, however, that compressed musical data can also be moved in the opposite direction by carrying out processing similar to the processing represented by the flowchart shown in FIG. 9. That is to say, compressed musical data recorded in the HDD 106 of the portable recording and playback apparatus 70 can be moved to the HDD 10 employed in the music server 50.

When a piece of compressed musical data moved from the music server 50 to the portable recording and playback appa-

ratus 70 is moved back from the portable recording and playback apparatus 70 to the music server 50, the playback inhibit flag of the piece of compressed musical data in the HDD 10 employed in the music server 50 is reset. By resetting the playback inhibit flag, the piece of compressed musical data, which was the source of the original move, can again be played back in the music server 50. The compressed musical data, which was present in the HDD 106 employed in the apparatus 70 but moved back to the music server 50, is deleted from the HDD 106. As an alternative, instead of deleting the compressed musical data itself, the portable recording and playback apparatus 70 may also delete management information of the compressed musical data from a management table.

With this embodiment, the user is capable of creating a list of programs. A list of programs is a list of pieces of music properly selected from those recorded in the HDD 10 employed in the music server 50. The music server 50 displays an edit screen on the display unit 53. The edit screen is used for creating and editing a list of programs. That is to say, the user is capable of editing an existing list of programs and creating a new list of programs by using the edit screen. The user is capable of controlling pieces of musical data recorded in the HDD 10 of the music server 50 by using a list of programs. A list of programs created in this way is stored in predetermined memory means such as the HDD 10. The music server 50 may have a plurality of program lists.

The user is capable of selecting a plurality of favorite pieces of musical data recorded in the HDD 10 of the music server 50 as a collection on a list of programs and playing back the favorite pieces of musical data for enjoyment like a CD album. In addition, a plurality of pieces of musical data put on a list of programs can be moved from the music server 50 to the portable recording and playback apparatus 70 in a batch operation.

The present invention also provides dedicated edit means for editing a list of programs used when moving a plurality of pieces of musical data in a batch operation. The following description explains a list of programs for use in a batch operation to move musical data and processing to create and edit such a list of programs.

It should be noted that, in the following description, a list of pieces of musical data stored in the HDD 10 of the music server 50 is referred to as a stock list, and a list of pieces of musical data to be transferred from the music server 50 to the portable recording and playback apparatus 70 is known as a transfer list. The stock list and the transfer list are each a kind of program list described above.

FIG. 10 is a diagram showing a typical edit screen for editing a transfer list. On the edit screen, a transfer list and a stock list are displayed as examples. To be more specific, a transfer-list edit screen 310 appears on the display unit 53 as shown in FIG. 10. The edit screen 310 includes list areas 300 and 301, which are each displayed as a window. In the list area 300, a stock list is displayed. The stock list is a list of pieces of musical data stored in the music server 50. In the list area 301, on the other hand, a transfer list to be edited is displayed. The transfer list is a list of pieces of musical data to be moved from the music server 50 to the portable recording and playback apparatus 70. What are actually put on the transfer and stock lists are titles of musical data.

Tri-angular buttons 302 and 303 oriented in directions opposite to each other are buttons for editing the transfer list displayed in the list area 301. To be more specific, the button 302 is used for adding a piece of musical data selected among those on the stock list displayed in the list area 300 to the transfer list appearing in the list area 301. On the other hand,

the button **303** is used for deleting a piece of musical data selected among those on the transfer list displayed in the list area **301** from the transfer list.

As described above, the music server **50** may have a plurality of program lists corresponding to the each part of the apparatus **70**. Thus, a plurality of transfer lists may exist. The edit screen **310** shown in FIG. **10** displays 3 transfer lists as an example. In this case, tabs **304**A, **304**B and **304**C are displayed on the top of the list area **301** for the 3 transfer lists respectively. In the list area **301**, a transfer list of a selected tab **304**A, **304**B or **304**C is displayed. It is nice to display an ID of the apparatus **70** to be described later at a predetermined position in the list area **301**. It should be noted that such an ID is not shown in the figure.

A variety of operations can be carried out on the input operation unit **1** shown in FIG. **2** for the edit screen **310**. The display unit **53** will display information corresponding to an operation carried out on the input operation unit **1** on the edit screen **310**. While looking at the edit screen **310** on the display unit **53**, the user typically operates a variety of switches such as dial-type and push-type operation keys provided in the input operation unit **1** to specify a location on the edit screen **310** and to enter a command. Signals representing a variety of operations carried out on the input operation unit **1** are supplied to the CPU **8** by way of the bus **40**.

As described above, the input operation unit **1** is directly provided on the server main body **51** shown in FIG. **2**. It should be noted, however, that the information communication system is not limited to such a configuration. For example, an external operation unit **1'** can be provided by connecting it to the server main body **51** by a wire as is the case with an embodiment shown in FIG. **11**. To put it in detail, the input operation unit **1'** is connected to the bus **40** of the server main body **51** either directly or indirectly through a predetermined interface. The input operation unit **1'** includes a variety of operators for editing a transfer list displayed on the edit screen **310** and a transfer button for making a request for a transfer of pieces of musical data put on a transfer list from the music server **50** to the portable recording and playback apparatus **70**.

In addition, in the case of the embodiment shown in FIG. **11**, the sever main body **51** has a mounting unit **311** for mounting the portable recording and playback apparatus **70**. On the mounting unit **311**, an interface **34** is provided. By mounting the portable recording and playback apparatus **70** on the mounting unit **311**, the interface **35** employed in the portable recording and playback apparatus **70** is electrically connected to the interface **34** so that communication can be established between the portable recording and playback apparatus **70** and the music server **50**. Thereby, musical data can be transferred from the music server **50** to the portable recording and playback apparatus **70**.

FIGS. **12**A and **12**B are diagrams conceptually showing a typical management method for controlling a list of programs. Program lists are stored in a program file. A program file is typically stored in a predetermined area of the HDD **10** employed in the music server **50**. The area is used for storing all program lists of the music server **50**. A program file conceptually has a structure shown in FIG. **12**A. As shown in the figure, program lists in a program file are distinguished from each other by assigning an ID to each of the program lists.

On the other hand, the portable recording and playback apparatus **70** also has a unique ID for distinguishing the portable recording and playback apparatus **70** individually from others. In the embodiment shown in FIG. **5**, for example, this ID is stored in the ROM **104** in advance. Each program-list ID in the program file stored in the music server **50** is typically associated with the ID of a portable recording and playback apparatus **70** so that it is possible to create a list of programs applicable only to a specific portable recording and playback apparatus **70**. In this case, the ID of a program list is the same as the ID assigned to the portable recording and playback apparatus **70** associated with the program list.

In the embodiment shown in FIG. **12**, a program-list ID of **300** is assigned to a list of programs associated with a certain portable recording and playback apparatus **70**. With such ID assignment, pieces of musical data on the list of programs having the list ID of **300** can be moved only to the portable recording and playback apparatus **70** with the same apparatus ID as the list ID.

By the same token, by using another program-list ID such as an ID of **301**, it is possible to define a list of programs associated with a portable recording and playback apparatus **70** having the same apparatus ID as the program-list ID. In this way, the music server **50** can be provided with a plurality of program lists, which are each associated with a portable recording and playback apparatus **70** and can be distinguished from each other by assigning an ID to each of the program lists.

In addition, an ID assigned to a list of programs can be used for identifying the type of the program list.

In processing to edit a list of programs by using the screen edit **310**, the list of programs to be edited is indicated by specifying an ID assigned to the list and the specified list is read out from the program file. The list of programs read out from the program file is stored in a predetermined area of typically the RAM **5** along with the program-list ID as shown in FIG. **12**B. The CPU **8** controls an operation to display pieces of musical data on the list of programs stored in the RAM **5** in the list area **301** of the edit screen **310** as a transfer list. The user then edits the transfer list displayed on the screen edit **310**. To be more specific, for example, the user adds a piece of musical data to the transfer list or deletes one from the list. The list of programs stored in the RAM **5** is updated in accordance with results of the editing operation.

Then, musical data is transferred from the music server **50** to the portable recording and playback apparatus **70** in accordance with the edited list of programs. Thus, the work to edit the list of programs to be referred to in transferring musical data can be done without regard to whether or not the portable recording and playback apparatus **70** has been mounted on or connected to the music server **50**.

FIG. **13** shows a flowchart representing typical processing to edit a transfer list and to transfer musical data cataloged on the edited transfer list. As shown in the figure, the flowchart begins with a step S**50** at which the work to edit the transfer list is started. Typically, the input operation unit **1'** has a list edit button to be operated to request the music server **50** to carry out work to edit a transfer list. When this list edit button is pressed by the user, the HDD **10** is searched for a list management module.

Provided in a predetermined area at the beginning of the program file, the list management module is used for recording information on program lists. The CPU **8** reads out the information from the list management module to acquire a predetermined address of transfer list data in the HDD **10**. The transfer list stored at the acquired address is then obtained by the CPU **8**. Subsequently, display data based on the transfer list obtained by the CPU **8** is generated. The CPU **8** then supplies the display data to the LCD panel **26** employed in the display unit **53** by way of the LCD driver **25** to be displayed on the LCD panel **26**.

In this way, the edit screen shown in FIG. **10** described above is displayed on the display unit **53** with the transfer list

put in a state of being editable. The ID of a portable recording and playback apparatus **70** serving as a recipient of musical data to be transferred is entered. Such an ID is entered by specifying a desired one of the tabs **304**A to **304**C of the edit screen **310** shown in FIG. **10**. In an example described below, a list of programs with an ID of **300** is selected.

At the next step **S51**, the program file stored in the HDD **10** is searched for a list of programs with an ID of **300** by the CPU **8**. The flow of the processing then goes on to a step **S52** to form a judgment as to whether or not the program file includes such a list of programs. If the program file does not include such a list of programs, the flow of the processing goes on to a step **S53** at which a new list of programs with an ID of **300** is created in the program file stored in the HDD **10**. After the new list of programs is created, the flow of the processing goes on to a step **S54**. If the program list includes such a list of programs, on the other hand, the flow of the processing goes on directly to the step **S54**. In this embodiment, when program file does not include such a list of programs, a new list of programs is created in the program file stored in the HDD **10**. However, it is also possible to adopt following construction such that if program list corresponding to the input ID of the apparatus **70** which can be transferred is created in advance in the HDD **10** of the music server **50**, when the program list is not included in the program file as described above, transfer of the data may be prohibited as the CPU **8** makes a judgment that the transfer of the data to the apparatus **70** corresponding to the input ID is not permitted.

At the step **S54**, the list of programs with an ID of **300** is opened. To put it in more detail, the list of programs with an ID of **300** is read out with CPU **8** from the program file stored in the HDD **10** as shown in FIG. **12**. The list of programs read out from the program file is stored into the RAM **5** to be read out later by the CPU **8**. After reading out the list of programs, the CPU **8** controls an operation to display the edit screen **310** shown in FIG. **10** on the display unit **53**, allowing the user to edit the transfer list.

Thus, in the list area **301** of the edit screen **310**, the list of programs opened at the step **S54** is displayed in the list area **301**. If the list of programs was newly created, that is, if the list of programs contains no data, the transfer list displayed in the list area **301** is empty. In the list area **300**, on the other hand, a table of pieces of musical data stored in the HDD **10** is displayed. As described earlier, this table is referred to as a stock list. It should be noted that, instead of displaying such a stock list, it is also possible to display a list of only pieces of musical data, which are obtained as a result of an operation to search all pieces of musical data stored in the HDD **10** for ones satisfying a predetermined condition.

As described above, the user appropriately operates the buttons **302** and **303** to transfer musical data from the list area **300** to the list area **301** and vice versa. In this way, pieces of musical data can be added to or deleted from the transfer list displayed in the list area **301**. Or the user may select the musical data by using the mouse pointer and the like and may make a request for the addition or deletion of the pieces of musical data by so-called drag and drop operation using the mouse pointer between the list area **300** and the list area **301**.

When the user finishes the work to edit the transfer list, the flow of the processing goes on to a step **S56** to make a request for a transfer of musical data cataloged on the transfer list from the music server **50** to the portable recording and playback apparatus **70**. The input operation unit **1'** includes typically a transfer button for requesting the music server **50** to transfer pieces of musical data put on a transfer list. The user presses the transfer button to make a request for the transfer of the pieces of musical data put on the transfer list.

The flow of the processing then goes on to a step **S57** to form a judgment as to whether or not the portable recording and playback apparatus **70** has been really mounted on the music server **50**. If the portable recording and playback apparatus **70** has not been mounted on the music server **50**, the flow of the processing goes on to a step **S58** at which a warning is output to indicate that the portable recording and playback apparatus **70** has not been mounted on the music server **50**. The flow of the processing then goes back to the step **S57** to repeat the pieces of processing at the steps **S57** and **S58** till the portable recording and playback apparatus **70** is mounted. As the outcome of the judgment formed at the step **S57** confirms that the portable recording and playback apparatus **70** has been mounted on the music server **50**, the flow of the processing goes on to a step **S59**.

It should be noted that there are a variety of conceivable methods to form a judgment as to whether or not the portable recording and playback apparatus **70** has been really mounted on the music server **50**. A typical method is explained below. For example, the portable recording and playback apparatus **70** is provided with a micro switch serving as hardware detection means for detecting the fact that the portable recording and playback apparatus **70** is mounted on the music server **50**. When the portable recording and playback apparatus **70** is mounted on the music server **50**, the detection means detects the fact that the portable recording and playback apparatus **70** is mounted on the music server **50**, causing a predetermined pin of the interface **35** employed in the portable recording and playback apparatus **70** such as the 3rd pin, for example, to be set in an 'H' (high) state.

A pin of the interface **34** employed in the music server **50** serving as the counterpart of the predetermined pin of the interface **35** is connected to an interrupt pin of the CPU **8**. When the predetermined pin of the interface **35** is set in an 'H' state, the CPU **8** is interrupted. The interrupt sets a predetermined bit of a register employed in the CPU **8** in an 'H' state, too. At the step **S57**, the CPU **8** detects the bit value of the register to form a judgment as to whether or not the portable recording and playback apparatus **70** has been really mounted on the music server **50**. An 'H' state of the register bit indicates that the portable recording and playback apparatus **70** has been really mounted on the music server **50**.

Refer back to the flowchart shown in FIG. **13**. If the outcome of the judgment formed at the step **S57** indicates the portable recording and playback apparatus **70** has been really mounted on the music server **50**, the flow of the processing goes on to a step **S59**. At the step **S59**, the ID of the portable recording and playback apparatus **70** mounted on the music server **50** is checked to form a judgment as to whether or not the ID matches the ID of **300** input at the step **S50** or the ID corresponds to the list area **301**. The ID checked at this step is typically read out by the CPU **8** employed in the music server **50** from the ROM **104** of the portable recording and playback apparatus **70** through the interfaces **34** and **35**.

If the ID of the portable recording and playback apparatus **70** does not match the ID input at the step **S50**, the flow of the processing goes on to a step **S58** to output a warning indicating that the ID of the portable recording and playback apparatus **70** does not match the ID input at the step **S50**. If the ID of the portable recording and playback apparatus **70** matches the ID input at the step **S50**, on the other hand, the flow of the processing goes on to a step **S60**.

At the step **S60**, musical data put on the transfer list edited at the step **S55** is moved from the music server **50** to the portable recording and playback apparatus **70**. At that time, the transfer list showing the moved musical data can also be

transferred from the music server **50** to the portable recording and playback apparatus **70** along with the musical data.

As described above, a transfer list unique to each portable recording and playback apparatus **70** can be created. A transfer of musical data to the portable recording and playback apparatus **70** is based on the transfer list unique to the portable recording and playback apparatus **70**. A transfer list is kept in the music server **50**. It is not until detection of the mounting of the portable recording and playback apparatus **70** on the music server **50** that musical data put on the transfer list is transferred to the portable recording and playback apparatus **70**. Thus, a transfer list can be edited even if the portable recording and playback apparatus **70** is not mounted on the music server **50**.

Let us consider a case in which musical data moved previously from the music server **50** is still stored in the HDD **106** of the portable recording and playback apparatus **70**. As described above, in this embodiment, musical data moved from the music server **50** to the portable recording and playback apparatus **70** is put in status of being irreproducible in the music server **50** till the musical data is returned from the portable recording and playback apparatus **70** back to the music server **50**.

Assume that musical data stored in the HDD **106** of the portable recording and playback apparatus **70** is overwritten by musical data newly received from the music server **50**, or musical data previously stored in the HDD **106** of the portable recording and playback apparatus **70** is inadvertently erased in an operation to store musical data newly received from the music server **50** into the portable recording and playback apparatus **70**. In this case, the overwritten or erased musical data transferred originally from the music server **50** can no longer be played back in the music server **50** and the portable recording and playback apparatus **70**.

In a transfer of musical data put on a transfer list from the music server **50** to the portable recording and playback apparatus **70**, the music server **50** acquires a list of musical data stored in the portable recording and playback apparatus **70** and for example the CPU **8** compares this list with the transfer list. If the result of the comparison indicates that a piece of musical data stored in the portable recording and playback apparatus **70** is different from pieces of musical data on the transfer list, the piece of musical data stored in the portable recording and playback apparatus **70** is examined by the CPU **8** to find out whether or not this piece of musical data stored in the portable recording and playback apparatus **70** has been returned to the music server **50** by checking the playback inhibit flag of the data in the program file. If the piece of musical data stored in the portable recording and playback apparatus **70** has not been returned to the music server **50**, the CPU **8** issues a command to the portable recording and playback apparatus **70** to return the piece of data from the HDD **106** employed in the portable recording and playback apparatus **70** to the HDD **10** of the music server **50**. CPU **5** is controlled to transfer the data from the HDD **106** to the HDD **10** of the music server **50** in accordance with the request from the CPU **8**. For example, under the control of the CPU **5**, the management data of the data in question of the HDD **106** is deleted and at the same time, the data itself is stored by releasing, with CPU **8**, the playback inhibit flag of the data.

It should be noted that, if there is a piece of musical data common to both the list in the portable recording and playback apparatus **70** and the transfer list in the music server **50**, the transfer of the common piece of musical data can be omitted so that the time it takes to carry out the processing becomes shorter.

The CPU **8** of the music server **50** is capable of obtaining the list in the portable recording and playback apparatus **70** by issuing an instruction to the CPU **105** employed in the portable recording and playback apparatus **70** by way of the interfaces **34** and **35** to request the portable recording and playback apparatus **70** to transmit the list. In accordance with this instruction, the CPU **105** creates a list of musical data stored in the HDD **106** and supplies the created list to the CPU **8** of the music server **50** by way of the interfaces **34** and **35**. Instead of comparison of the transfer list with the list in the portable recording and playback apparatus **70**, a created transfer list is saved by the music server **50** and, when a new transfer list is created, the newly created transfer list is compared with the saved transfer list.

As described above, the portable recording and playback apparatus **70** serves as a destination of a transfer of musical data from the music server **50**. It should be noted that the transfer destination is not limited to the portable recording and playback apparatus **70**. For example, an optical disc or a magneto-optical disc having a diameter of about 64 mm can also be used as a transfer destination. Typically, the music server **50** is provided with a drive unit capable of recording and/or playing back data into and/or from an optical disc or a magneto-optical disc with a diameter of about 64 mm, which serves as a transfer destination. Pieces of musical data to be transferred to the optical disc or the magneto-optical disc with a diameter of about 64 mm can be selected in advance even if the optical disc or the magneto-optical disc with a diameter of about 64 mm has not been mounted on the drive unit yet. If an optical disc or a magneto-optical disc with a diameter of about 64 mm is used as a transfer destination, the ID checking described above can be omitted.

In the above description, the ATRAC method is adopted as a compression-encoding technique for carrying out a compression-encoding process on musical data recorded onto the HDD **10**, the HDD **106** or the HDD **106**a. It should be noted, however, that the compression-encoding technique is not limited to the ATRAC method. For example, a compression-encoding technique known as MPEG Audio Layer III (Moving Picture Experts Group Audio Layer III) or simply as MP3 can also be applied to the present invention.

As described above, in accordance with the present invention, there is exhibited an effect of an ability to transfer musical data cataloged on a transfer list from a music server to a portable recording and playback apparatus in a batch operation.

Moreover, the transfer list is kept in the music server and, it is not until detection of mounting of the portable recording and playback apparatus on the music server that the musical data cataloged on a transfer list is transferred from the music server to the portable recording and playback apparatus. For this reason, there is also exhibited an effect of an ability to edit the transfer list even if the portable recording and playback apparatus is not mounted on the musical server.

In addition, since the transfer list is edited by using an edit screen, there is also exhibited an effect of elimination of confusion due to the fact that the present list editing purpose is no longer known.

Furthermore, since a program list used in moving musical data from the music server to the portable recording and playback apparatus must be a transfer list, there is also exhibited an effect of, for example, prevention of a program list created for organizing pieces of music data stored in the music server from being used inadvertently in transferring pieces of musical data in a batch operation due to carelessness.

What is claimed is:

**1**. A communication system including a first apparatus having a first storage medium, and a second apparatus, said second apparatus comprising:

  a second storage medium configured to store management information of data to be transferred to said first storage medium;

  a communicator configured to communicate data with said first apparatus;

  a detector configured to detect whether said first apparatus and said second apparatus are connected;

  an editor configured to select certain data to be transferred and to edit said management information based on said selection without regard to the connection of said first apparatus and said second apparatus; and

  a controller configured to control transfer of the selected data stored in said second apparatus to said first apparatus via said communicator based on said management information edited by said editor when said detector detects that said first apparatus and said second apparatus are connected,

  wherein said controller is configured to compare said management information edited by said editor with management information of data stored in said first storage medium and to transmit data in said second apparatus based on result of the comparison.

**2**. The communication system according to claim **1**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**3**. The communication system according claim **1**, wherein the first apparatus is portable and the first storage medium is a hard disk.

**4**. The communication system according to claim **1**, further comprising:

  a reader configured to read out a TOC (Table of Contents) from a Compact Disc; and

  another communicator configured to transmit information associated with the TOC to an external server and to receive additional information associated with the Compact Disc from the external server.

**5**. The communication system according to claim **1**, wherein said controller is configured to control receiving of identification information of said first apparatus via said communicator and to judge whether said identification information of said first apparatus is predetermined identification information and to allow said transfer of data when said identification information of said first apparatus is predetermined identification information.

**6**. The communication system according to claim **1**, wherein said controller is configured to control a display unit to display a first window in which identification information of data stored in said second apparatus is displayed and a second window in which identification information of said data to be transferred to said first apparatus based on said management data edited by said editor is displayed.

**7**. The communication system according to claim **6**, wherein said editor is configured to edit said management information of data to be transferred to said first apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**8**. The communication system according claim **1**, wherein the first apparatus is portable and the first storage medium is a flash memory.

**9**. The communication system according to claim **1**, wherein said second storage medium has a data storage capacity larger than that of the first storage medium.

**10**. A communication apparatus configured to transmit data to an apparatus, the communication apparatus comprising:

  a storage medium configured to store management information of data to be transferred to said apparatus;

  a communicator configured to communicate data with said apparatus;

  a detector configured to detect whether said communication apparatus and said apparatus are connected;

  an editor configured to select certain data to be transferred and to edit said management information based on said selection without regard to the connection of said communication apparatus and said apparatus; and

  a controller configured to control transfer of the selected data stored in said communication apparatus to said apparatus via said communicator based on said management information edited by said editor when said detector detects that said communication apparatus and said apparatus are connected,

  wherein said controller is configured to compare said management information edited by said editor with management information of data stored in said apparatus and to transmit data in said communication apparatus based on result of the comparison.

**11**. The communication apparatus according to claim **10**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**12**. The communication apparatus according claim **10**, wherein the apparatus is portable, and wherein said storage medium has a data storage capacity larger than that of the apparatus.

**13**. The communication apparatus according to claim **10**, further comprising:

  a reader configured to read out a TOC (Table of Contents) from a Compact Disc; and

  another communicator configured to transmit information associated with the TOC to an external server and to receive additional information associated with the Compact Disc from the external server.

**14**. The communication apparatus according to claim **10**, wherein said controller is configured to control receiving of identification information of said apparatus via said communicator and to judge whether said identification information of said apparatus is predetermined identification information and to allow said transfer of data when said identification information of said apparatus is the predetermined identification information.

**15**. The communication apparatus according to claim **10**, wherein said controller is configured to control a display unit to display a first window in which identification information of data stored in said communication apparatus is displayed and a second window in which identification information of said data to be transferred to said apparatus based on said management data edited by said editor is displayed.

**16**. The communication apparatus according to claim **15**, wherein said editor is configured to edit said management information of data to be transferred to said apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**17**. The communication apparatus according claim **10**, wherein the apparatus is portable and the apparatus having a flash memory which stores said transferred data.

**18**. The communication apparatus according claim **10**, wherein the apparatus is portable and the storage medium is a hard disk.

**19**. A communication method, comprising the steps of:

editing management information of data to be transferred from an apparatus to an external apparatus by selecting certain data to be transferred, said management information stored in a storage medium of the apparatus, without regard to the connection of said apparatus and said external apparatus;

detecting, at the apparatus, whether said apparatus and said external apparatus are connected;

comparing at the apparatus, said edited management information with management information of data stored in said external apparatus; and

transmitting the selected data from said apparatus to said external apparatus based on said management information and a result of the comparison when said detection indicates that said apparatus and said external apparatus are connected.

**20**. The communication method according to claim **19**, further comprising the steps of:

reading out a TOC (Table of Contents) from a Compact Disc;

transmitting information associated with the TOC to an external server; and

receiving additional information associated with the Compact Disc from the external server.

**21**. The communication method according to claim **19**, comprising the further steps of:

receiving identification information of said apparatus;

judging whether said identification information of said external apparatus is predetermined identification information; and

starting said transmission of data when said identification information of said external apparatus is determined to be predetermined identification information.

**22**. The communication method according to claim **19**, comprising the further steps of:

displaying a first window in which identification information of data stored in said apparatus is displayed; and

displaying a second window in which identification information of said data to be transmitted to said external apparatus, based on said management data edited by said editor, is displayed.

**23**. The communication method according to claim **22**, comprising the further step of:

editing management information of data to be transmitted to said first apparatus based on an input to said identification information of data displayed in at least one of said external window and said second window.

**24**. A computer readable storage medium comprising program code configured to implement the following procedures:

editing management information of data to be transferred from an apparatus to an external apparatus by selecting certain data to be transferred, said management information stored in a storage medium of the apparatus, without regard to the connection of said apparatus and said external apparatus;

detecting, at the apparatus, whether said apparatus and said external apparatus are connected;

comparing, at the apparatus, said edited management information with management information of data stored in said external apparatus; and

transmitting the selected data from said apparatus to said external apparatus based on said management information and a result of the comparison when said detection indicates that said apparatus and said external apparatus are connected.

**25**. The computer readable storage medium according to claim **24**, further comprising program code configured to implement the following procedures:

reading out a TOC (Table of Content) from a Compact Disc;

transmitting information associated with the TOC to an external server; and

receiving additional information associated with the Compact Disc from the external server.

**26**. The computer readable storage medium according to claim **24**, further comprising program code configured to implement the following procedures:

receiving identification information of said external apparatus;

judging whether said identification information of said external apparatus is predetermined identification information; and

allowing said transmission of data when said identification information of said external apparatus is determined to be predetermined identification information.

**27**. The computer readable storage medium according to claim **24**, further comprising program code configured to implement the following procedures:

displaying a first window in which identification information of data stored in said apparatus is displayed; and

displaying a second window in which identification information of said data to be transmitted to said external apparatus, based on said edited management data, is displayed.

**28**. The computer readable storage medium according to claim **27**, further comprising program code configured to implement the following procedure:

editing said management information of data to be transmitted to said external apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**29**. The computer readable storage medium according to claim **24**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**30**. The computer readable storage medium according to claim **24**, wherein the external apparatus is portable and the storage medium is a hard disk.

**31**. The computer readable storage medium according to claim **24**, wherein said controller is configured to control a display unit to display a first window in which identification information of data stored in said apparatus is displayed and a second window in which identification information of said data to be transferred to said external apparatus based on said management data edited by said editor is displayed.

**32**. The computer readable storage medium according to claim **24**, wherein said editor is configured to edit said management information of data to be transferred to said external apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**33**. The computer readable storage medium according to claim **24**, wherein the external apparatus is portable and the storage medium is a flash memory.

**34**. The computer readable storage medium according to claim **24**, wherein said storage medium has a data storage capacity larger than that of a storage medium of the external apparatus.

**35**. A communication system including a first apparatus having a first storage medium, and a second apparatus, said second apparatus comprising:

33

a second storage medium configured to store management information of data to be transferred to said first apparatus;

a communicator configured to communicate data with said first apparatus;

a controller configured to select certain data to be transferred and to edit said management information based on said selection without regard to the connection of said first apparatus and said second apparatus and to control transfer of the selected data stored in said second apparatus to said first apparatus via said communicator based on said edited management information when the connection of said first apparatus and said second apparatus is detected,

wherein said controller is configured to compare said edited management information with management information of data stored in said first storage medium and to transmit data in said second apparatus based on result of the comparison.

**36**. The communication system according to claim **35**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**37**. The communication system according claim **35**, wherein the first apparatus is portable and the first storage medium is a hard disk.

**38**. The communication system according to claim **35**, wherein the first apparatus is portable and the first storage medium is a flash memory.

**39**. The communication system according to claim **35**, further comprising:

a reader configured to read out a TOC (Table of Contents) from a Compact Disc;

another communicator configured to transmit information associated with the TOC to an external server and to receive additional information associated with the Compact Disc from the external server.

**40**. The communication system according to claim **35**, wherein said controller configured to control receiving of identification information of said first apparatus via said communicator and to judge whether said identification information of said first apparatus is predetermined identification information and to allow said transfer of data when said identification information of said first apparatus is predetermined identification information.

**41**. The communication system according to claim **35**, wherein said controller is configured to control a display unit to display a first window in which identification information of data stored in said second apparatus is displayed and a second window in which identification information of said data to be transferred to said first apparatus based on said edited management is displayed.

**42**. The communication system according to claim **41**, wherein said controller is configured to edit said management information of data to be transferred to said first apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**43**. The communication system according to claim **35**, wherein said second storage medium has a data storage capacity larger than that of the first storage medium.

**44**. A communication apparatus configured to transmit data to an apparatus, the communication apparatus comprising:

a storage medium configured to store management information of data to be transferred to said apparatus;

a communicator configured to communicate data with said apparatus;

34

a controller configured to select certain data to be transferred and to edit said management information based on said selection without regard to the connection of said communication apparatus and said apparatus and to control transfer of the selected data stored in said communication apparatus to said apparatus via said communicator based on said edited management information when the connection of said communication apparatus and said apparatus is detected,

wherein said controller is configured to compare said edited management information with management information of data stored in said apparatus and to transmit data in said communication apparatus based on result of the comparison.

**45**. The communication apparatus according to claim **44**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**46**. The communication apparatus according to claim **44**, wherein the apparatus is portable and the apparatus has a hard disk which stores said transferred data, and wherein said storage medium has a data storage capacity larger than that of the hard disk.

**47**. The communication apparatus according to claim **44**, wherein the apparatus is portable and the apparatus has a flash memory which stores said transferred data.

**48**. The communication apparatus according to claim **44**, further comprising:

a reader configured to read out a TOC (Table of Contents) from a Compact Disc; and

another communicator configured to transmit information associated with the TOC to an external server and to receive additional information associated with the Compact Disc from the external server.

**49**. The communication apparatus according to claim **44**, wherein said controller is configured to control receiving of identification information of said external apparatus via said communicator and to judge whether said identification information of said external apparatus is predetermined identification information and to allow said transfer of data when said identification information of said apparatus is the predetermined identification information.

**50**. The communication apparatus according to claim **44**, wherein said controller is configured to control a display unit to display a first window in which identification information of data stored in said communication apparatus is displayed and a second window in which identification information of said data to be transferred to said apparatus based on said edited management data is displayed.

**51**. The communication apparatus according to claim **50**, wherein said controller is configured to edit said management information of data to be transferred to said apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**52**. A communication method using a communication system including a first apparatus having a first storage medium, and a second apparatus, comprising the steps of:

storing, in a second storage medium of the second apparatus, management information of data to be transferred to said first storage medium;

editing said management information at said second apparatus by selecting certain data to be transferred without regard to the connection of said first apparatus and said second apparatus;

detecting whether said first apparatus and said second apparatus are connected;

controlling transfer of the selected data stored in said second apparatus to said first apparatus based on said edited management information when it is detected that said first apparatus and said second apparatus are connected,

wherein said controlling step comprises comparing said edited management information with management information of data stored in said first storage medium and transmitting data in said second apparatus based on result of the comparison.

**53**. The communication method according to claim **52**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**54**. The communication method according to claim **52**, further comprising:

reading out a TOC (Table of Contents) from a Compact Disc; and

transmitting information associated with the TOC to an external server and receiving additional information associated with the Compact Disc from the external server.

**55**. The communication method according to claim **52**, wherein said controlling step comprises controlling receiving of identification information of said first apparatus, judging whether said identification information of said first apparatus is predetermined identification information, and allowing said transfer of data when said identification information of said first apparatus is predetermined identification information.

**56**. The communication method according to claim **52**, wherein said controlling step comprises controlling a display unit to display a first window in which identification information of data stored in said second apparatus is displayed, and controlling a second window in which identification information of said data to be transferred to said first apparatus based on said edited management data is displayed.

**57**. The communication method according to claim **56**, wherein said editing step edits said management information of data to be transferred to said first apparatus based on an input to said identification information of data displayed in one of said first window and said second window.

**58**. A communication system including a first apparatus having a first storage medium, and a second apparatus, said second apparatus comprising:

a second storage medium configured to store management information of data to be transferred to said first storage medium;

a communicator configured to communicate data with said first apparatus;

a detector configured to detect whether said first apparatus and said second apparatus are connected;

an editor configured to register data to be transferred and to edit said management information based on a user selection without regard to the connection of said first apparatus and said second apparatus; and

a controller configured to compare said management information edited by said editor with information of data stored in said first storage medium and to control transfer of the data registered to said management information based on result of the comparison when said detector detects that said first apparatus and said second apparatus are connected.

**59**. A communication apparatus configured to transmit data to an apparatus, comprising:

a storage medium configured to store management information of data to be transferred to said apparatus;

a communicator configured to communicate data with said apparatus;

a detector configured to detect whether said communication apparatus and said apparatus are connected;

an editor configured to register data to be transferred and to edit said management information based on a user selection without regard to the connection of said communication apparatus and said apparatus; and

a controller configured to compare said management information edited by said editor with information of data stored in said apparatus and to control transfer of the data registered to said management information based on result of the comparison when said detector detects that said communication apparatus and said apparatus are connected.

**60**. The communication apparatus according to claim **59**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**61**. The communication apparatus according claim **59**, wherein the apparatus is portable and has a hard disk which stores said transferred data, and wherein said storage medium has a data storage capacity larger than that of the hard disk.

**62**. The communication apparatus according to claim **59**, further comprising:

a reader configured to read out a TOC (Table of Contents) from a Compact Disc; and

another communicator configured to transmit information associated with the TOC to an external server and to receive additional information associated with the Compact Disc from the external server.

**63**. The communication apparatus according to claim **59**, wherein said controller is configured to control receiving of identification information of said apparatus via said communicator and to judge whether said identification information of said apparatus is predetermined identification information and to allow said transfer of data when said identification information of said apparatus is the predetermined identification information.

**64**. The communication apparatus according to claim **59**, wherein said controller is configured to control a display unit to display a first window in which identification information of data stored in said communication apparatus is displayed and a second window in which identification information of said data to be transferred to said apparatus based on said management data edited by said editor is displayed.

**65**. The communication apparatus according to claim **64**, wherein said editor is configured to edit said management information of data to be transferred to said apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**66**. The communication apparatus according claim **59**, wherein the apparatus is portable and the apparatus having a flash memory which stores said transferred data.

**67**. A communication method, comprising the steps of:

registering data to be transferred from an apparatus to an external apparatus and editing management information, said management information stored in a storage medium of said apparatus, based on a user selection without regard to the connection of said external apparatus and said apparatus;

detecting, at said apparatus, whether said apparatus and said external apparatus are connected;

comparing, at said apparatus, said edited management information with information of data stored in said external apparatus; and

controlling, at the apparatus, transfer of the data registered to said management information based on result of the

comparison when said detection indicates that said apparatus and said external apparatus are connected.

**68**. The communication method according to claim **67**, further comprising the steps of:

reading out a TOC (Table of Contents) from a Compact Disc;

transmitting information associated with the TOC to an external server; and

receiving additional information associated with the Compact Disc from the external server.

**69**. The communication method according to claim **67**, comprising the further steps of:

receiving identification information of said apparatus;

judging whether said identification information of said external apparatus is predetermined identification information; and

starting said transmission of data when said identification information of said external apparatus is determined to be predetermined identification information.

**70**. The communication method according to claim **67**, comprising the further steps of:

displaying a first window in which identification information of data stored in said apparatus is displayed; and

displaying a second window in which identification information of said data to be transmitted to said external apparatus, based on said management data edited by said editor, is displayed.

**71**. The communication method according to claim **70**, comprising the further step of:

editing said management information of data to be transmitted to said first apparatus based on an input to said identification information of data displayed in at least one of said first window and said second window.

**72**. A computer readable storage medium comprising program code executable by a processor configured to implement the following procedures:

registering data to be transferred from an apparatus to an external apparatus and editing management information, said management information stored in a storage medium of said apparatus, based on a user selection without regard to the connection of said external apparatus and said apparatus;

detecting, at said apparatus, whether said apparatus and said external apparatus are connected;

comparing, at said apparatus, said edited management information with information of data stored in said external apparatus; and

controlling, at the apparatus, transfer of the data registered to said management information based on result of the

comparison when said detection indicates that said apparatus and said external apparatus are connected.

**73**. The computer readable storage medium according to claim **72**, further comprising the steps of:

reading out a TOC (Table of Contents) from a Compact Disc;

transmitting information associated with the TOC to an external server; and

receiving additional information associated with the Compact Disc from the external server.

**74**. The computer readable storage medium according to claim **72**, comprising the further steps of:

receiving identification information of said apparatus;

judging whether said identification information of said external apparatus is predetermined identification information; and

starting said transmission of data when said identification information of said external apparatus is determined to be predetermined identification information.

**75**. The computer readable medium according to claim **72**, comprising the further steps of:

displaying a first window in which identification information of data stored in said apparatus is displayed; and

displaying a second window in which identification information of said data to be transmitted to said external apparatus, based on said management data edited by said editor, is displayed.

**76**. The computer readable storage medium according to claim **75**, comprising the further step of:

editing said management information of data to be transmitted to said external apparatus based on an input to said identification information of data displayed in one of said first window and said second window.

**77**. The computer readable storage medium according to claim **72**, wherein the transferred data are compressed data as AAC (Advanced Audio Codec) format.

**78**. The computer readable storage medium according to claim **72**, wherein the external apparatus is portable and the storage medium is a hard disk.

**79**. The computer readable storage medium according to claim **72**, wherein the external apparatus is portable and the storage medium is a flash memory.

**80**. The computer readable storage medium according to claim **72**, wherein said storage medium has a data storage capacity larger than that of a storage medium of the external apparatus.

\* \* \* \* \*